M/D-4

RECEIVED
2006 JAN 17 A 11: 29

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

Lisa McCall
_____
_____
_____
                    Plaintiff           )
                                        ) Case No. 2:06CV 39-mht
           v.                           )
Mike Johanns, Secretary,                )
US Department of                        )
Agriculture                             )
                    Defendant(s)        )

## COMPLAINT

1. Plaintiff resides at  3432 Sommerville Dr., Montgomery, AL 36111

2. Defendant(s)' name(s)  Mike Johanns, Secretary, Department of Agriculture

   Location of principal office(s) of the named defendant(s)  I was last employed in Luverne, Alabama, Crenshaw County Dept. Of Agriculture Office

   Nature of defendant(s)' business  US Dept. Of Agriculture

   Approximate number of individuals employed by defendant(s)  over 1000

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

   1.  _X_ Failure to employ me.  (re-employ)
   2.  _X_ Termination of my employment.
   3.  ___ Failure to promote me.
   4.  _X_ Other acts as specified below: Retaliation for my earlier complaints (EEO) of discrimination and race discrimination and a racially hostile environment

1

5. Plaintiff is:
   A. ____ Presently employed by the defendant.
      __X__ Not presently employed by the defendant. The dates of employment were June 1990 to April 1997. Employment was terminated because:
      (1) __X__ Plaintiff was discharged. (Rif)
      (2) __X__ Plaintiff was laid off. (Rif)
      (3) ____ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:
   A. __X__ My race.
   B. ____ My religion.
   C. ____ My sex.
   D. ____ My national origin.
   E. ____ Other, as specified below: _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Horace Horn, State Director, US Dept. Of Agriculture; John Sasser, District Director, US Dept. Of Agriculture; Art Powell, Supervisor, US Dept. Of Agriculture

8. The alleged discrimination occurred on or about from Oct. 1996 to April 1997.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows: See my EEOC Investigative File

10. The alleged illegal activity took place at Hayneville, Alabama and Luvern, Alabama

2

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about <u>Formal complaint Apr 20,98</u> I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on <u>EEOC Decision received November 1, 2005</u>.

12. I seek the following relief:

   A. <u>X</u> Recovery of back pay.
   B. <u>X</u> Reinstatement to my former job,

   and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

Date: <u>1-16-05</u>

<u>Lisa McCall</u>
Signature of Plaintiff

<u>3432 Sommerville Dr.</u>
<u>Montgomery, AL 36111</u>
<u>(334) 286-9674</u>
Address & Telephone Number of Plaintiff

3