IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:06cv39-MHT |
| ) | |
| MIKE JOHANNS, Secretary, ) | |
| U.S. Department of ) | |
| Agriculture, ) | |
| ) | |
|     Defendant. ) | |

ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to United States Magistrate Judge Susan Russ Walker for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 23rd day of January, 2006.

                                            /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE