AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Lisa McCall   Plaintiff

V.

Mike Johanns, Secretary   Defendant
U S Department of Agriculture

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv39-MHT

TO: (Name and address of Defendant)
Mike Johanns Secretary
U S Department Of Agriculture
1400 Independences Ave S W
Washington, D.C 20250

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lisa McCall, Pro Se
3432 Sommerville Dr
Montgomery, Alabama 36111

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                  2·1·06

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE_____ District of __ALABAMA__

Lisa McCall Plaintiff

V.                                              **SUMMONS IN A CIVIL ACTION**

Leura Canary, U S Attorney

CASE NUMBER: 2:06cv39-MHT

TO: (Name and address of Defendant)
Leura Canary, US Attorney
1 Court Sq. Ste 201
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lisa McCall, PRO SE
3432 Sommerville Dr
Montgomery, Alabama 36111

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK                                           2-1-06
                                                DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                                    District of                    ALABAMA

Lisa McCall Plaintiff

**SUMMONS IN A CIVIL ACTION**

V.

U S Attorney General

CASE NUMBER: 2:06cv39-MHT

TO: (Name and address of Defendant)

U S Attorney General
950 Pennsylvania Ave N W
Room 4400
Washington, D.C 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lisa McCall, PRO Se
3432 Sommerville Dr
Montgomery, Alabama 36111

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    2·1·06

CLERK                                                  DATE

(By) DEPUTY CLERK