| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Nancy Garin | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Nancy Garn | C. Date of Delivery<br>2/2/06 |
| 1. Article Addressed to:<br><br>Leura Canary<br>US Attorney<br>1 Court Sq Ste 201<br>Montgomery, Al<br>36104<br><br>Am & Cmp (60) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0004 3528 2846 | |
| PS Form 3811, February 2004 | Domestic Return Receipt  06-39 | 102595-02-M-1540 |