McCall

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Department of Agriculture
   Mike Johanns Secretary
   1400 Independences Ave
   SW
   Washington, DC 20250

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    06·39    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_     ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name): Kwame D Lake
C. Date of Delivery: 2/9/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

THIS MAIL PIECE HAS BEEN SANITIZED