IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **2:06-CV-39-MHT** |
| | ) |
| MIKE JOHANNS, Secretary of the | ) |
| United States Department of Agriculture, | ) |
| | ) |
| Defendants. | ) |

## ANSWER

Comes now the Defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and answers the Plaintiff's complaint as follows:

### First Defense

Plaintiff has failed to state a claim upon which relief can be granted.

### Second Defense

Plaintiff was not the victim of unlawful discrimination and she cannot present a prima facie case of any type of prohibited discriminatory and/or harassing conduct.

### Third Defense

All actions of which the Plaintiff complains were based upon legitimate, non-discriminatory reasons and were not based in whole, or in part, upon her race or any other basis prohibited by law.

**Fourth Defense**

Defendant denies all allegations of wrongdoing, pleads the general issue, and states that there is no set of facts or circumstances that can be proven in this case which would justify the imposition of damages against it.

**Fifth Defense**

Plaintiff has suffered no damage or loss as a result of any conduct of Defendants.

**Sixth Defense**

Plaintiff has failed to timely and completely exhaust all administrative remedies.

**Seventh Defense**

The Defendant exercised reasonable care to prevent and correct promptly any unlawful harassing behavior and the Plaintiff unreasonably failed to take advantage of any preventative or corrective opportunities provided by the Defendant.

**Eighth Defense**

Without admitting that a discriminatory and/or retaliatory intent prompted any of the complained of actions/inactions, the defendant asserts that it would have made the same decisions even in the absence of any discriminatory/retaliatory consideration.

**Ninth Defense**

Answering specifically the numbered paragraphs of the complaint, utilizing the same paragraph numbering, Defendant admits, denies and otherwise answers as follows:

1.      The Defendant is without sufficient information to admit or deny the allegations of paragraph 1 of the complaint, the same are therefore denied.

2.      The Defendant admits the allegations of paragraph 2 of the complaint.

3.      The assertions in this paragraph are a statement of jurisdiction to which no response is necessary. To the degree a response is deemed necessary, same are denied.

4.      The Defendant denies the allegations of paragraph 4 of the complaint.

5.      The Defendant admits the allegations of paragraph 5 of the complaint.

6.      The Defendant denies the allegations of paragraph 6 of the complaint.

7.      The Defendant denies the allegations of paragraph 7 of the complaint.

8.      The Defendant denies the allegations of paragraph 8 of the complaint.

9.      The Defendant denies the employee was subjected to any discrimination and/or harassment on the basis of any prohibited factor.

10.     The Defendant denies the allegations of paragraph 10 of the complaint.

11.     The Defendant avers that the formal complaint of discrimination underlying the instant lawsuit was filed on or about May 14, 1998, but otherwise admits the allegations of paragraph 11 of the complaint.

12.     Paragraph 12 of the complaint is in the form of a prayer for relief to which no response is necessary. To the degree a response is deemed necessary, Defendant

denies Plaintiff is entitled to the recovery of any relief in any form.

WHEREFORE, premises considered, the complaint is due to be and should be dismissed with the costs of this litigation taxed to the Plaintiff.

Respectfully submitted this 31st day of March, 2006.

        LEURA G. CANARY
        United States Attorney

        By: s/R. Randolph Neeley
        R. RANDOLPH NEELEY
        Assistant United States Attorney
        Bar Number: 9083-E56R
        Attorney for Defendant
        Post Office Box 197
        Montgomery, AL  36101-0197
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418
        E-mail: **rand.neeley@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent via U.S. Mail, first class postage prepaid, a copy of same to Lisa McCall, *pro se*, 3423 Sommerville Drive, Montgomery, Alabama 36111.

    /s/ R. Randolph Neeley
    Assistant United States Attorney