IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA MCCALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv39-MHT |
| | ) |
| MIKE JOHANNS, Secretary of the United | ) |
| States Department of Agriculture, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

It is hereby ORDERED that the above-referenced case be set for a scheduling conference on April 17, 2006 at 4:00 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 3rd day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE