# MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE        AT MONTGOMERY, ALABAMA

DATE COMMENCED:    APRIL 17, 2006         4:00 p.m.

DATE COMPLETED:    APRIL 17, 2006         4:10 p.m.

2:06-cv-00039-MHT-SRW McCall v. Johanns (MAG+)

PRO SE Lisa McCall (Plaintiff)

R. Randolph Neeley representing Mike Johanns (Defendant)

## COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

## PROCEEDINGS:
## SCHEDULING CONFERENCE

| | |
|---|---|
| 4:00 p.m. | Court convenes. |
| | Parties identify themselves. |
| 4:01 p.m. | Discussions regarding plaintiff retaining counsel. |
| | Court's statements to plaintiff regarding civil rules of procedure. |
| 4:02 p.m. | Court discussions regarding scheduling of this case and explanations to plaintiff each deadlines to be set out in Scheduling Order and that written Order will follow: |

    Dispositive motions due July 19, 2006

    Motions to amend due May 19, 2006

    All discovery completed by August 21, 2006

    Settlement conference within 14 days after dispositive motions are due

    Any objections to deadlines to be filed within 14 days from the date of the Scheduling Order

| | |
|---|---|
| 4:08 p.m. | Mr. Neeley states at this point defendant not ready to mediate. |
| 4:09 p.m. | Court's further discussions with plaintiff regarding retaining counsel. |
| | Court's ORAL ORDER directing plaintiff to inform the court within 45 days as to her representation by counsel. |
| 4:10 p.m. | Court recessed |