IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 MAY 16 P 5: 57

P. HACKETT, CLK
U.S. DISTRICT COURT
DISTRICT ALA

| | | |
|---|---|---|
| LISA MCCALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv39-MHT |
| | ) | |
| MIKE JOHANNS, Secretary, | ) | |
| U.S. Department of Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |

**Plaintiff McCall's Notice of Appearance of Counsel and
Motion to Extend Scheduling Order Deadlines**

Comes now Lisa McCall, by and through retained counsel, and moves to extend

Scheduling Order deadlines in the above styled action on the following grounds:

(1) That as of May 15, 2006 Plaintiff McCall, previously appearing *pro se* has been able,

on May 15, 2006, to retain counsel Gary E. Atchison who herein appears for Plaintiff McCall.

(2) That as per the requisites of the Scheduling Order in the above styled action newly

retained counsel will be unable to adequately represent Plaintiff McCall due to conflicts and

ongoing case load and respectfully would seek the entry of a new Scheduling Order.

(3) That the instant action has complex procedural and substantive issues that must be

addressed in an Amended Complaint and the deadline in the Scheduling Order to amend

pleadings, etc. by May 19, 2006 will be the first of several deadlines including discovery, etc.

which in order to adequately represent the Plaintiff should be extended.

**Wherefore Premises Considered** Plaintiff McCall prays that this Honorable Court will

enter a revised Scheduling Order in the above styled action extending all deadlines previously set

forth in the Scheduling Order of April 18, 2006.

Respectfully submitted,

Gary E. Atchison (Atc 004)
Attorney for
Lisa McCall

**Of Counsel:**
PO Box 2002
492 S. Court St.
Montgomery, AL 36102-2002
(334) 262-7232

### Certificate of Service

I hereby certify that a copy of the above pleading was sent to the following by first class postage prepaid in the U.S. Mail on this the _____ day of May:

R. Randolph Neely, Esq.
Assistant U.S. Attorney
One Court Square
Montgomery, AL 36104

Gary E. Atchison