IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LISA McCALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv39-MHT |
| | ) | |
| MIKE JOHANNS, Secretary, | ) | |
| U.S. Department of | ) | |
| Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

In light of the appearance of counsel for plaintiff, it is ORDERED as follows:

(1) By June 2, 2006, plaintiff is to file an amended complaint setting forth her claims more clearly and in more detail.

(2) The referral order (doc. no. 2) is vacated.

(3) The scheduling order (doc. no. 9) is vacated. A new scheduling order will be entered after the parties have submitted a Rule 26(f) report.

    **(4) The motion for extension (doc. no. 10) is denied as moot.**

**DONE, this the 22nd day of May, 2006.**

                                     /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**