IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: **2:06-CV-39-MHT** |
| | ) |
| MIKE JOHANNS, Secretary, | ) |
| of the United States Department | ) |
| of Agriculture, | ) |
| | ) |
|     Defendant. | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. **Appearances.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held via telephone on June 6th & 9th, 2006, between the following participants:

   Gary E. Atchison
   Attorney for Plaintiff

   Robert Randolph Neeley
   Office of the United States Attorney
   Attorney for Defendant

2. **Pre-Discovery Disclosures.** The parties will exchange by June 30, 2006 the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects:

      1. All information pertaining to Plaintiff' claims and damages.

      2. All information pertaining to Defendants' defenses.

   b. All discovery commenced in time to be completed by May 8, 2007.

   c. There will be a maximum of 25 interrogatories by each party to any other party. The responses will be due 30 days after service.

  d.  There will be a maximum of 30 requests for production of documents by each party to any other party. The responses will be due 30 days after service.

  e.  There will be a maximum of 25 requests for admission by each party to any other party. Responses will be due 30 days after service.

  f.  The parties agree that no more than 10 depositions may be taken by a party without leave of the court or agreement of the parties. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

  g.  Reports from retained experts under Rule 26(a)(2) will be due from Plaintiff by January 8, 2007, and from Defendant by March 1, 2007.

  h.  Supplementation of the disclosures under Rule 26(e) will be due within 30 days before the end of the discovery period.

4. **Other items.**

  a. **Scheduling Conference**
    The parties do not request a conference with the court before entry of the scheduling order.

  b. **Pretrial Conference**
    The parties request a pretrial conference in June, 2007.

  c. **Additional Parties, Claims and Defenses**
    The parties must join additional parties and amend the pleadings by July 30, 2007.

  d. **Dispositive Motions**
    All potentially dispositive motions should be filed by March 8, 2007.

  e. **Settlement**
    Settlement and the possibility of mediation cannot be evaluated until some discovery is complete.

  f. **Trial Evidence**
    The final list of witnesses and trial evidence under Rule 26(a)(3) should be due three weeks before trial. The parties should have 10 days after service to list objections under Rule 26(a)(3).

  g. **Trial Date**
    This case should be ready for trial by July 23, 2007, and at this time is expected to take approximately 4 days of trial time.

I hereby certify that both parties agree that the foregoing be submitted electronicaly to the Clerk of the Court by defendant on this 9th day of June, 2006.

|  |  |  |
|---|---|---|
|  |  | LEURA G. CANARY<br>UNITED STATES ATTORNEY |
| s/Gary E. Atchison<br>Gary E. Atchison, Esq.<br>Counsel for Plaintiff<br>Bar Number: ATC004<br>P.O. Box 2002<br>Montgomery, AL 36102-2002<br>Telephone: (334) 262-7232 | by: | s/R. Randolph Neeley<br>R. Randolph Neeley<br>Assistant U.S. Attorney<br>Bar Number: 9083-E56R<br>Middle District of Alabama<br>P.O. Box 197<br>One Court Square, Suite 201<br>Montgomery, AL 36101-0197<br>Telephone: (334) 223-7280<br>Facsimile: (334) 223-7418<br>Email: Rand.Neeley@usdoj.gov |