IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUL 26  P 1: 12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Lisa McCall, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.2:06cv39-MHT ) |
| Mike Johanns, Secretary, Department of Agriculture, | ) ) Jury Demand ) |
| Defendant. | ) |

**Motion for Permission to File
Second Amended Complaint**

Comes now the Plaintiff, Lisa McCall, by and through counsel, and moves for permission to file the attached Second Amended Complaint in the above styled case.

Respectfully submitted,

Gary E. Atchison (ATC 004)
Attorney for
Lisa McCall

**Of Counsel:**
P.O. Box 2002
492 S. Court St.
Montgomery, Alabama 36102-2002
Telephone: (334) 262-7232

**CERTIFICATE OF SERVICE**

This is to certify that I have this 26th day of July 2006, served counsel for the Defendant hereto with a copy of the foregoing by depositing same in the United States Mail, postage prepaid and properly addressed to:

R. Randolph Neeley, Esq.
Assistant U.S. Attorney
PO Box 197
Montgomery, Alabama 36101-7280