IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. |
| | )     2:06cv39-MHT |
| MIKE JOHANNS, Secretary, | ) |
| U.S. Department of | ) |
| Agriculture, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

It is ORDERED that the motion for permission to file second amended complaint (doc. no. 18) is granted. The court assumes that the nonmovant has no objection to the allowance of the amendment; however, if he does, he must file the objection within seven days from the date of this order.

DONE, this the 28th day of July, 2006.

                        /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE