RECEIVED
2007 JAN 29 P 4:22

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Lisa McCall, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.2:06cv39-MHT |
| | ) |
| Mike Johanns, | ) |
| Secretary, Department of Agriculture, | ) Jury Demand |
| | ) |
| Defendant. | ) |

**Plaintiff McCall's Motion to Extend Deadlines**

Comes now Plaintiff Lisa McCall, by and through her attorney Gary E. Atchison, and moves to extend all deadlines on the following grounds:

(1) That dispositive motions are due in the above styled case on March 14, 2007.

(2) That counsel for Plaintiff McCall, Gary E. Atchison, a diabetic, has been suffering and under treatment for over two months with pneumonia-like symptoms and sinus infections and has been unable to prosecute the above styled case during said period of time.

(3) That counsel for Plaintiff McCall, Gary E. Atchison, will be out of the state on a prepaid, Spring-break family vacation from March 7, 2007, through March 23, 2007, the last vacation opportunity for the family before counsel's daughter will be married in the summer.

(4) That the instant action has complex procedural and substantive issues that must be addressed in a reply brief to any motion for summary judgment and as of yet neither side has been able to address the issues of the case the case through discovery.

(5) That Plaintiff and her counsel hereby need and move for a thirty (30) day extension of

time for all deadlines, and that said extension should be applicable to all parties.

(6) That opposing counsel has no objection to said extension of deadlines.

(7) That said extension will not cause any prejudice to any party.

**Wherefore Premises Considered** Plaintiff McCall prays that this Honorable Court will enter an Order extending the applicable deadlines for the parties by thirty (30) days.

Respectfully submitted,

Gary E. Atchison
Attorney for Plaintiff
Lisa McCall

### Certificate of Service

I hereby certify that a true copy of the above pleading was sent to the following by first class mail, properly addressed, on this the 29 day of January, 2007:

R. Randolph Neeley, Esq.
Assistant U.S. Attorney
PO Box 197
Montgomery, Alabama 36101-7280

Gary E. Atchison