IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv39-MHT |
| ) | |
| MIKE JOHANNS, Secretary, ) | |
| U.S. Department of ) | |
| Agriculture, ) | |
| ) | |
| Defendant. ) | |

ORDER

It is ORDERED that the motion to extend deadlines (doc. no. 22) is granted to the extent that only the dispositive-motion deadline is extended for 30 days.

DONE, this the 30th day of January, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE