IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Lisa McCall, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.2:06cv39-MHT |
| | ) |
| Mike Johanns, | ) |
| Secretary, Department of Agriculture, | ) Jury Demand |
| | ) |
| Defendant. | ) |

**Plaintiff McCall's Report of
Face to Face Settlement Conference**

Comes now Plaintiff Lisa McCall, by and through counsel, and reports on a Face to Face Settlement Conference in the above styled case, stating that by April 6, 2007, Gary E. Atchison, counsel for Plaintiff, met with R. Randolph Neeley, counsel for Defendant, and conducted a conference face to face, however they were not able to reach a settlement in this action.

Respectfully submitted,

Gary E. Atchison
Attorney for Plaintiff
Lisa McCall

## Certificate of Service

I hereby certify that a true copy of the above pleading was sent to the following by first class mail, properly addressed, on this the ___7th___ day of April, 2007:

R. Randolph Neeley, Esq.
Assistant U.S. Attorney
PO Box 197
Montgomery, Alabama 36101-7280

*/s/ Gary E. Atchison*
Gary E. Atchison