IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **2:06-CV-39-MHT** |
| | ) |
| MIKE JOHANNS, Secretary of the | ) |
| United States Department of Agriculture, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE AMENDED ANSWER**

Comes now the defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rule 15(a), Federal Rules of Civil Procedure, respectfully requests that it be granted leave to file the attached Amended Answer to Amended Complaint, and as grounds states as follows:

1. Rule 15 allows for the amendment of the defendant's answer, with leave of court, when "justice so requires."

2. While preparing the defendant's dispositive motion, which is being filed contemporaneously herewith, the undersigned found caselaw support for the proposition that the plaintiff's claims regarding her removal pursuant to a reduction in force may be barred by the doctrine of res judicata as she had previously sought review of the issue before the Merit System Protection Board and then moved to dismiss the case with prejudice.

3. The plaintiff will not be unduly prejudiced by this amendment as she will have adequate time to investigate the legal issue and respond in her response to the defendant's dispositive motion. In other words, this issue is not being raised on the eve of pretrial, trial or post judgment, but well in advance of any final disposition of this case.

4. While the matter could have been raised in the defendant's original answer and thus subject to waiver pursuant to Rule 8(c), Federal Rules of Civil Procedure, it has been held:

> In the typical waiver case, the defendants did not raise the defense in pleadings, amended pleadings, or arguments before the court. Rather, defendants deemed to have waived a defense of res judicata or collateral estoppel generally raises the issue for the first time quite late in the proceedings-after a trial has been lost, *e.g.,* Aluminum Prods. Distribs., Inc. v. Aaacon Auto Transp., Inc.*,* 549 F.2d 1381, 1384 (10th Cir.1977) (raised in motion for new trial), or on appeal, *e.g.,* Louisville & N.R. Co. v. M/V Bayou Lacombe*,* 597 F.2d 469, 471 n. 1 (5th Cir.1979).

North Georgia Electric Membership Corporation v. City of Calhoun, Georgia, 989 F.2d 429, 432 (11th Cir. 1993).

5. Given that Rule 15 advises "leave shall be freely given," and that the plaintiff will not be unduly prejudiced, the defendant submits the interest of justice will be served by allowing the amended answer.

WHEREFORE, premises considered, the defendant respectfully requests that it be granted leave to file the attached amended answer.

Respectfully submitted this 16th day of April, 2007.

                    LEURA G. CANARY
                    United States Attorney

    By: s/R. Randolph Neeley
       R. RANDOLPH NEELEY
       Assistant United States Attorney
       Bar Number: 9083-E56R
       Post Office Box 197
       Montgomery, AL  36101-0197
       Telephone No.: (334) 223-7280
       Facsimile No.: (334) 223-7418
       **E-mail: rand.neeley@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have mailed a copy of same to the following non-CM/ECF participants:

    Gary E. Atchison, Esq.
    P.O. Box 2002
    Montgomery, AL 36102-2002

                    /s/R. Randolph Neeley