IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | ) Civil Action No.:  **02:06-cv-039-MHT** |
| | ) |
| MIKE JOHANNS, Secretary, | ) |
| United States Department | ) |
| of Agriculture, | ) |
| | ) |
|     Defendant. | ) |

**DEFENDANT'S EXHIBIT LIST**

**Defendant's Exhibit 2 (DEX 2)**, November 7, 1996 letter to Lisa McCall, SUBJECT: Certification of Expected Separation.

**Defendant's Exhibit 3(DEX 3)**, January 23, 1997 letter to Lisa McCall, SUBJECT: Specific Reduction in Force Notice.

**Defendant's Exhibit 19 (DEX 19)**, Report of Investigation, "Recevied 8/29/00", pages MC000140, 142, 143, 144.

**Defendant's Exhibit 21 (DEX 21)**, blocks 22 and 4, Standard Form 50, "Notification of Personnel Action."

**Defendant's Exhibit 22 (DEX 22)**, blocks 1, 4, 7, 10, 15, 16, and 18, Standard Form 50, "Notification of Personnel Action."

**Defendant's Exhibit 23 (DEX 23)**, blocks 1, 4, 22, and 45, Standard Form 50, "Notification of Personnel Action."

**Defendant's Exhibit 24 (DEX 24)**, letter dated July 8, 1996 from Horace Horn to all USDA Rural Development Employees.

**Defendant's Exhibit 25 (DEX 25)**, blocks 1, 4, 22, and 39, Standard Form 50, "Notification of Personnel Action."

**Defendant's Exhibit 26 (DEX 26)**, deposition of Lisa McCall.

**Defendant's Exhibit 27 (DEX 27)**, sworn statement of Art Powers, taken 01/30/01.

**Defendant's Exhibit 28 (DEX 28)**, sworn statement of Quinton X. Harris, taken 01/31/01.

**Defendant's Exhibit 29 (DEX 29)**, declaration of Barbara Bennett, dated April 13, 2007.

**Defendant's Exhibit 30 (DEX 30)**, chart entitled "Alabama - Personnel or downgraded effective 4/27/97.

**Defendant's Exhibit 31 (DEX 31)**, blocks 1, 4, 5-B, Standard Form 50, "Notification of Personnel Action."

**Defendant's Exhibit 32 (DEX 32)**, sworn statement of Barbara Price, taken January 26, 2001.

**Defendant's Exhibit 33 (DEX 33)**, sworn statement of Patsy Williams, taken February 7, 2001.

**Defendant's Exhibit 34 (DEX 34)**, Final Agency Decision, dated August 21, 2001.

**Defendant's Exhibit 35 (DEX 35)**, US Merit Systems Protection Board, Appeal Form, dated 10 October 2001.

**Defendant's Exhibit 36 (DEX 36)**, US Merit Systems Protection Board, Docket Number AT-3443-0020-I-1, "Initial Decision," dated October 29, 2001.

**Defendant's Exhibit 37 (DEX 37)**, US Merit Systems Protection Board, Docket Number AT-0351-0019-I-1, "Initial Decision," dated January 10, 2002.

**Defendant's Exhibit 38 (DEX 38)**, "Appellant's Notice of Dismissal of MSPB Appeal," signed January 8, 2002.

**Defendant's Exhibit 39 (DEX 39)**, deposition of Art Powers, taken March 29, 2007.