# EXHIBIT 2

United States                                              Rural                    Sterling Centre
Department of                                    Development              4121 Carmichael Road
Agriculture                                                              Montgomery, AL  36106-3683
                                                                         (334)279-3425/(334)279-3495 TDD

EXHIBIT F9a

SUBJECT:   Certification of Expected Separation

   TO:   Lisa McCall                                November 7, 1996
          CDA    01-43

Rural Development in Alabama plans to effect a reduction in force
(RIF) on or about April 27, 1997.  Based on a review of your personnel
records, we have determined that:

   1.   Your current position is: Community Development Assistant ,
        with full performance level of GS- 4   located in
        Lowndes County, Hayneville      , Alabama.

   2.   There is a good likelihood you will be separated by
        reduction in force procedures; and

   3.   You are not eligible or have not filed an application for
        either early or optional retirement or indicated an
        intent to do so; and

   4.   Opportunities for you to be placed in your same or
        similar position with this agency or other Federal
        agencies in this local commuting area are limited; and

   5.   Opportunities for you to obtain other employment in this
        local commuting area in your same or similar position are
        limited.

This is NOT a specific reduction in force notice.  At least 90 days
prior to any separation action, you will receive a specific notice of
reduction in force (RIF), explaining the reasons for the action, your
retention rights, and other relevant information.

The purpose of this Certification is to enable you to participate in
the United States Department of Agriculture's (USDA) and Rural
Development's Career Transition Assistance Plan (CTAP).  This
certification will also allow you to register in other programs
intended to assist you to locate alternative employment, or to improve
your alternative employment prospects, prior to the expected date of
reduction in force.  These programs are designed to help minimize the
adverse impact of a RIF.  A copy of this certification is required for
enrollment in these programs.

I encourage you to participate in the following programs:

   1.   The USDA's Career Transition Assistance Plan (CTAP)
        Surplus and displaced eligible employees may obtain
        assistance through the Rural Development's CTAP
        supplement.  This will provide career transition
        services to all surplus and displaced employees and

PLAINTIFF'S
EXHIBIT
2
PENGAD 800-631-6989

DEFENDANT'S
EXHIBIT
CASE
NO. 2:06 cv 39
EXHIBIT
NO.   2

Rural Development is an Equal Opportunity Lender.
Complaints of discrimination should be sent to:
Secretary of Agriculture, Washington, D.C.  20250

Page 2

provide special selection priority for eligible
employees.  Selection priority must be given to
well-qualified affected employees of USDA who apply
for agency vacancies in the local commuting area,
before selecting any other candidate from either within
or outside the Department.

2.    Job Training Partnership Act: Title III of the Federal
Job Training Partnership Act (JTPA) provides funding from
the U.S. Department of Labor to each state government for
a wide range of career transition services.  These
services are provided by the state government through
their Dislocated Worker Unit (DWU).  The Alabama DWU can
provide you with training, job referrals, job placement
and labor information to assist you in your search
efforts.  They can also provide you access to local,
statewide and nationwide job opportunity listings as well
as information on state, federal and local government
positions.  In some cases you may be eligible for
retraining programs.

The staff of the DWU can assist you by evaluating your
current work skills to determine your capabilities and
whether your skills are transferable to other occupations.
Aptitude and skill testing are performed to assist in this
process.  In addition, personal and financial counseling
are sometimes provided to assist you with hardships you may
face during this transition.  As a job seeker who is job-
ready, you may enroll in DWU workshops to sharpen your
skills in interview techniques, completion of job
applications and resume preparation.  You may also obtain
labor market information on prevailing wage rates,
occupations in demand, and employers in need of your skills.
Please contact your local State Employment Service Office
to determine your eligibility for this program.

3.    Reemployment Priority List (RPL).  The RPL gives
reemployment consideration to competitive service employees
separated or about to be separated by reduction in force.
If USDA agencies fill any vacancies in the local commuting
area, qualified registrants would be given priority
consideration over certain outside job applicants.  If you
wish to register for placement assistance on USDA's RPL,
you should contact Micki or Barbara in the State Office
Personnel Section.

The Interagency Career Transition Plan (ICTAP) requires Federal
agencies to select a displaced employee when they attempt to fill a
position from outside their own agency.  Under this new plan, a
displaced employee who applies directly for a vacancy and is
determined by the agency to be well-qualified, and lives in the local
commuting area, will be given special selection for that priority
position.  If you receive a specific RIF notice of separation, you

will become eligible for placement assistance under the ICTAP.  Should
this occur, you will be given information about the ICTAP at that
time.

For additional information regarding CTAP and other programs listed
above, or if you have questions, please call Personnel in the State
Office.


HORACE H. HORN, JR.
State Director