EXHIBIT 19



**Report of Investigation**

United States Department of Agriculture

Lisa McCall
RD; 990582

Submitted by EEO Network

RECEIVED

MC00011

Date        Time
2-3-98    11:30 Called state office
spoke with Babara price
About a form that suppost
to show my name on RIF
notify I ask to mail me
a copy of the paper showing
that I have being restated
on the register for Federal
Job. but didnot recieved
that form.

Date        Time
3-3-98  9:30 Called back to
the state office regard that
Form I didnot recieved spoke
with micki ~~Boyd~~ Boyd.
and she said she well
let me price no about it.

Date        Time
7-13-98  9:00am Called s/o spoke
With chaney he said M. price
was not in the office she will be

EXHIBIT
1

MC00014

Date      Time
6-8-97    2:00pm  Called Rural Development
Spoke with Someone name chaney
he said Ms. price was not in
the office so I ask for Barbara
Bennett she was not in the office
also. So I ask when can I call
back for ms price and when
she will be back in the office
he said she will be back on
6-11-97.


Date      Time
6-11-97  11:00am  Called State office
I spoke with Barbara price about
my name being on the
reemployment priorty list. she
said that it was place on the list
that she have gotten in mail
today.

EXHIBIT
8-6113



MC000142

Date Time
7-11-97 9:00 am Called State Office Spoke with Kim Sprate ask for Ms Price She was not in the office.

Date Time
7-14-97 8:45 am. Called State office Spoke with Kim Sprate ask for Ms. Barbara price she was out of the office. So I called back at 3:30 pm. spoke with Ms. price ask her to mail me a copy of the reemployment priority list that show if my name is on that list. Ms price say that there was not a list with my name on it. So I ask how will I be noifty if a job came open with USDA of in the State of alabama she did not give me and answess to that.

EXHIBIT 8 223

MC000143

Date      Time
7-21-97    8:59   I call opm spoke
with Opm specialist name
Lee and I ask him question
about the Reemployment priority
List and he said that there
is a list that show your
name on it to be notify
if Job of open with different
Federal Agency. So he said
he will call Ms. price about
this and call me back. at
10:14 AM that same day MR.
Lee Howardstead call back and
said that Ms. price said
that I was on the Reemployment
priority list and I have being
on that list 3 months so he
that the list sure show my
name and address on it.

EXHIBIT
8 3 15

MC000144