# EXHIBIT 21

Standard Form 50-B
Rev. 8/88
U.S. Office of Personnel Management
FPM Chapter 296

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MCCALL, LISA | 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 | 04/15/65 | 07/29/90 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 112 | TEMP APPT NTE |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| MBM | REG 316.201 PT2 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|

| 6-C. Code | 6-D. Legal Authority |
|---|---|

| 6-E. Code | 6-F. Legal Authority |
|---|---|

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
CLK TYP TYPEE
AL5643        AL5643

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 0322 | 01 | 01 | 10,531.00 | PA |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
FARMERS HOME ADMINISTRATION
OFFICE OF THE ADMINISTRATOR
OFFICE OF ALA STATE DIRECTOR
DISTRICT 5
AG

## EMPLOYEE DATA

| 23. Veteran Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10-Point/Disability  5-10-Point/Other  2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 3  0-None  2-Conditional  1-Permanent  3-Indefinite | | YES  ✓NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C  BASIC-STANDARD | 9 | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS | 07/29/90 | F   F-Full-time  G-FT Seasonal  H-FT On-Call  J-INT Seasonal  P-Part-Time  Q-PT Seasonal  R-PT On-Call  I-Intermittent | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | N  E-Exempt  N-Nonexempt | | 7777 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 01-1625-285 | HAYNEVILLE   LOWNDES   AL |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

**45. Remarks**
APPOINTMENT AFFIDAVIT EXECUTED 08 01 90

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF AGRICULTURE | CLYDE E. JORDAN, II |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | DIRECTOR OF THE ADM |
|---|---|---|---|
| AG17 | 6917 | 07/12/90 | |

MC000258