# EXHIBIT 22

Case 2:06-cv-00039-MHT-SRW    Document 26-7    Filed 04/16/2007    Page 1 of 2

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MCCALL, LISA | 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 | 04/18/65 | 08/08/93 |

**FIRST ACTION** | **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 702 | PROMOTION | | |

| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| EEM | FPMLTR316 167 30 79 | | |

| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| COUNTY OFFICE CLERK TRNEE<br>AL6073         AL6073 | CO OFF CLK (OFFICE AUTOMATION) TRNEE<br>AL6145         AL6145 |

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 03 | | 14,603.00 | | GS | 1101 | 04 | 01 | 16,393.00 | P |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 14,603.00 | | 14,603.00 | | 16,393.00 | | 16,393.00 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | FARMERS HOME ADMINISTRATION<br>OFFICE OF ADMINISTRATOR<br>OFFICE OF ALA STATE DIRECTOR<br>DISTRICT 4 |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1   1-None  3-10 Point/Disability  5-10 Point/Other<br>    2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1   0-None  2-Conditional<br>    1-Permanent  3-Indefinite | | YES [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D  BASIC-STANDARD | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours |
|---|---|---|---|
| K  FERS | 07/29/90 | F  FULL TIME | Biweekly Pay Period |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General<br>   2-Excepted Service  4-SES Career Reserved | N  E-Exempt  N-Nonexempt | | 7777 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 01-1605-085 | HAYNEVILLE     LOWNDES    AL |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF AGRICULTURE | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | LARRY B. SLAGLE |
| AG 07 | 4917 | 08/19/93 | DIRECTOR OF PERSONNEL |

MC000240