# EXHIBIT 23

Rev. 7/91
U.S. Office of Personnel Management
FPM Supp 296-33, Subch 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MCCALL, LISA | 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 | 04/18/65 | 10/01/95 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 721 | REASSIGNMENT |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| N2M | REG 335.102 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
CO OFF CLK (OFFICE AUTOMATION)
AL6145         AL6145

**15. TO: Position Title and Number**
COMMUNITY DEVELOPMENT ASST
AL6145         AL6145

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | .00 | .00 | .00 |

| 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 1101 | 04 | 03 | 18,502.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| 17,835.00 | 667.00 | 18,502.00 | .00 |

**14. Name and Location of Position's Organization**
OFFICE OF ADMINISTRATOR
OFFICE OF ALA STATE DIRECTOR
DISTRICT 4

**22. Name and Location of Position's Organization**
RURAL ECONOMIC & COMMUNITY DEV
OFFICE OF THE ALABAMA ST DIR
DIST/AREA OFFICE IV, MOBILE
LOWNDES LOCAL OFFICE

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None  2-5 Point  3-10 Point/Disability  4-10 Point/Compensable  5-10 Point/Other  6-10 Point/Compensable/30% | 1 — 0-None  1-Permanent  2-Conditional  3-Indefinite | | YES ☐   NO ☒ |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D  BASIC-STANDARD | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 07/29/90 | F  FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1-Competitive Service  2-Excepted Service  3-SES General  4-SES Career Reserved | N — E-Exempt  N-Nonexempt | | 7777 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 01-1605-085 | HAYNEVILLE   LOWNDES   AL |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**

"ASSIGNMENT TO AGENCY CODE 07 IS FOR ADMINISTRATIVE RECORDKEEPING PURPOSES ONLY."

"ACTION TAKEN TO IMPLEMENT THE USDA REORGANIZATION AS AUTHORIZED BY P.L. 103-354 SIGNED 10/13/94."

"FARMERS HOME ADMINISTRATION IS THE FORMER AGENCY."

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF AGRICULTURE | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| AG 07 | 4917 | 09/29/95 | EVELYN M. WHITE  DIRECTOR OF PERSONNEL |

3-Part   50-315

MC000224