# EXHIBIT 30

*Shelagh*

ALABAMA - PERSONNEL SEPARATED OR DOWNGRADED EFFECTIVE 4/27/97

| NAME/GRADE/TITLE | RACE/SEX | ACTION TAKEN |
|---|---|---|
| Ricky Knouff | White Male | Position Change from CDM-11 to CDS-9/Madison L.O. |
| Ann Chavers | White Female | Position Change from CDS-9 to CDT-7/Monroe L.O. |
| Elizabeth Lockett<br>CDA-4, Limestone L.O. | Black Female | RIF'd |
| Alma Bristow | Black Female | Position Change from CDT-6 to CDA-5/Lee L.O. |
| Linda McCoy | White Female | Position Change from CDT-6 to CDT-5, Talladega |
| Cathy Cline | White Female | Position Change from CDS-9 to CDT-7, Calhoun L.O. |
| Sonya Davenport<br>CDA-5 Crenshaw L.O. | White Female | RIF'd |
| Doris Dennis<br>CDA-4 Dale L.O. | White Female | RIF'd |
| Leonard Fagerstrom | White Male | Position Change from CDS-12 to CDS-11, Covington L.O. |
| Arlesa Hunter<br>CDA-5 Crenshaw L.O. | Black Female | RIF'd |
| Kimberly Lawrence<br>RDA-6, Area 2 Office | Black Female | RIF'd |
| Rhonda Lee<br>CDA-4, Madison L.O. | White Female | RIF'd |
| Lisa McCall<br>CDA-4, Crenshaw L.O. | Black Female | RIF'd |
| Eloise Hilyer | White Female | Change to Lower Grade from CDT-7 to CDT-6 Elmore L.O. |
| Mike Holtzclaw | White Male | Position Change from CDM-11 to CDS-9, Baldwin L.O. |
| Camilla Meeks<br>CDA-5, DeKalb L.O. | White Female | RIF'd |

EXHIBIT

CONTINUED - PAGE 2

| NAME/GRADE/TITLE | RACE/SEX | ACTION TAKEN |
|---|---|---|
| David Sullivan<br>CDS-9, Colbert L.O. | White Male | RIF'd — |
| Sarah Thorn<br>CDA-6, Colbert L.O. | White Female | RIF'd — |
| Ella Webb<br>CDA-5, Madison L.O. | Black Female | RIF'd — 7 |
| Sandra Welch<br>CDA-6, Crenshaw L.O. | White Female | RIF'd — |

EXHIBIT