# EXHIBIT 31

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

EXHIBIT F9c
Case 2:06-cv-00039-MHT-SRW   Document 26-16   Filed 04/16/2007   Page 2 of 3

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MCCALL, LISA | [redacted] | 04/18/65 | 04/27/97 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 356 | SEPARATION-RIF |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| PNM | REG 351.603 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number
COMMUNITY DEVELOPMENT ASST
AL6145         AL6145

15. TO: Position Title and Number

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 1101 | 04 | 04 | 20,116.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| 19,193.00 | 923.00 | 20,116.00 | .00 |

| 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary-Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

14. Name and Location of Position's Organization
RURAL DEVELOPMENT
OFFICE OF THE ALABAMA ST DIR
DIST/AREA OFF IV, BAY MINETTE
CRENSHAW LOCAL OFFICE

22. Name and Location of Position's Organization

AG

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1  0-None  2-Conditional  1-Permanent  3-Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| BASIC-STANDARD | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| FERS AND FICA | 07/29/90 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | N  E-Exempt  N-Nonexempt | | 7777 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 01-1950-041 | LUVERNE   CRENSHAW   AL |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks
FORWARDING ADDRESS= 518 GRANT COURT, VILLAGE WEST, MONTGOMERY, AL 36108
"           "        :
TERMINATE FEHB ENROLLMENT.
SF-2819 WAS PROVIDED. LIFE INSURANCE COVERAGE IS EXTENDED FOR 31 DAYS
DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NON-
GROUP CONTRACT).
HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE
ELIGIBLE TO CONVERT TO INDIVIDUAL POLICY (NONGROUP CONTRACT). YOU ARE
ALSO ELIGIBLE FOR TEMP CONTINUATION OF YOUR FEHB COVERAGE FOR UP TO
18 MTHS
TO BE PLACED ON  AGENCY             REEMPLOYMENT PRIORITY LIST UNTIL
APRIL 30, 1998.
ENTITLED TO 2506.40  SEVERANCE PAY FUND TO BE PAID AT THE RATE OF
 * REMARKS TO BE CONTINUED ON NEXT FORM *

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF AGRICULTURE | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | JOAN B. GOLDEN |
| AG 07 | 4917 | 05/06/97 | ACTING DIRECTOR OF PERSONNEL |

3-Part  50-315

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/9
NSN 7540-01-333-623

AG 075001011415000000

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MCCALL, LISA | [redacted] | 04/18/65 | 04/27/97 |

## FIRST ACTION

| A. Code | 5-B. Nature of Action |
|---|---|
| [3]6 | SEPARATION-RIF |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| PNM | REG 351.603 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
COMMUNITY DEVELOPMENT ASST
AL6145     AL6145

**15. TO: Position Title and Number**

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 1101 | 04 | 04 | 20,116.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 19,193.00 | 923.00 | 20,116.00 | .00 | | .00 | | .00 |

**14. Name and Location of Position's Organization**
RURAL DEVELOPMENT
OFFICE OF THE ALABAMA ST DIR
DIST/AREA OFF IV, BAY MINETTE
CRENSHAW LOCAL OFFICE

AG

**22. Name and Location of Position's Organization**

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1  0-None  2-Conditional  1-Permanent  3-Indefinite | | YES   X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| BASIC-STANDARD | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| [K] FERS AND FICA | 07/29/90 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | N  E-Exempt  N-Nonexempt | | 7777 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 01-1950-041 | LUVERNE    CRENSHAW    AL |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**

* CONTINUATION OF REMARKS *
771.20 FOR 3 BIWEEKLY PAY PERIODS BEGINNING APRIL 28, 1997. REMAINDER
OF 192.80 TO BE PAID IN A FINAL PAYMENT.
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.

| 47. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF AGRICULTURE | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| AG 07 | 4917 | 05/06/97 |

JOAN B. GOLDEN
ACTING DIRECTOR OF PERSONNEL

5-Part  50-315

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6231

2 - OPF Copy - Long-Term Record - DO NOT DESTROY