# EXHIBIT 33

EXHIBIT F7

STATE OF ALABAMA

COUNTY OF

## AFFIDAVIT OF PATSY WILLIAMS

I, Patsy Williams, make the following statement freely and voluntarily to Romaine L. White, who has identified herself to me as a Contract EEO Investigator for the following federal agency: U.S. Department of Agriculture (USDA), investigating a complaint of discrimination filed by Lisa McCall, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to the interested parties (those with a legal right to know). I hereby solemnly swear or affirm:

1. I retired from the USDA on January 1, 2001 after 31 years of employment. In 1996 and 1997, I was employed as a County Loan Technician, GS-7, in the Hayneville, AL office and later in the Luverne office after the Hayneville office closed. My immediate supervisor was Art Powers and Quinton Harris for a short period of time. My race and color are white.

2. I worked with Lisa McCall at both the Hayneville and Luverne office. I never saw Art Powers speak to Lisa McCall in a hostile way or treat her differently from the white employees. Art was all business but he was fair to everyone.

3. I never saw Art order Lisa to move office furniture around or put heavy files into a file cabinet. I moved most of the files myself because Lisa refused to do anything after notice of the RIF came out. No one did anything about the fact that she refused to do any work.

Page 1 of 2                                                    Initials _PW_

4. Art did ask me to take over from Lisa as timekeeper because I was at a higher grade. Arlesa served as my backup. It was normal for someone at a higher grade to be the timekeeper.

5. I remember the Arlesa was asked to go to another office to fill in and that she refused. I don't think I was present when John Sasser actually asked Arlesa to go. It was not unusual for someone to be asked to fill in at another office for a short period of time. I did it myself a few times.

6. I had nothing to do with the RIF or RPL process. I have no knowledge about Lisa applying for a job in Mobile prior to the RIF.

7. I do not believe that Lisa was discriminated against on the basis of her race and color.

I have read this statement, consisting of 2 pages, and it is true, complete, and correct to the best of my knowledge and belief.

_Patsy Williams_
Signature

_2/7/01_
Date

Signed and sworn to before me on
this _7_ day of _Feb._, _2001_,
at _Maysville_.

_Elaine Shipley_
Neutral witness, notary, or Investigator

Page 2 of 2                                                                 Initials _PW_

# PRIVACY ACT NOTICE TO EEO COMPLAINT INTERVIEW WITNESSES
## (OTHER THAN COMPLAINANT)
## FOR DISCRIMINATION COMPLAINT INVESTIGATION INTERVIEW

### GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records.

### AUTHORITY

The authority to collect the information requested by affidavit, statement or other type of testimony is derived from one or more of the following:

Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; Title 29, Code of Federal Regulations, Section 1613/1614; Title 5, United States Code, Sections 1303 and 1304; Title 42, United States Code, Section 2000e-16; and Executive Order 11478, as amended.

### PURPOSES AND USES

The information you supply will be used along with data developed to resolve or otherwise determine the merits of the equal employment opportunity (EEO) complaint of discrimination and/or reprisal. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve or otherwise determine the merits of the EEO complaint of discrimination and/or reprisal. The information may also be disclosed to any agency of the Federal Government having a working relationship with regard to Equal Employment Opportunity Commission activities, to the intelligence agencies of the Federal Government, or to others for uses as published in the Federal Register.

### EFFECTS OF NON-DISCLOSURE

Disclosure of the information sought is voluntary; however, failure to furnish the information will result in a direction by the head of the agency, or his/her designated representative, to produce or provide such information as is available. Failure to provide the information at that time may result in the initiation of disciplinary proceedings against you up to and including removal. Applicants in such cases may be refused employment.

Disclosure of information by present or prospective Government contractors is also voluntary, although failure to furnish the above requested information where the contract so provides may result in administrative sanctions, including disqualification to enter into a contract or termination of an existing contract.

_Romaine L. White_
Signature of Interviewer

_Patsy R Williams_
Signature of Affiant

_1/30/01_
Date

_____
Place