# EXHIBIT 37

Case 2:06-cv-00039-MHT-SRW   Document 26-22   Filed 04/16/2007   Page 1 of 6

UNITED STATES OF AMERICA
MERIT SYSTEMS PROTECTION BOARD
ATLANTA REGIONAL OFFICE

| | |
|---|---|
| LISA MCCALL,<br>      Appellant, | DOCKET NUMBER<br>AT-0351-02-0019-I-1 |
| v. | |
| DEPARTMENT OF AGRICULTURE,<br>      Agency. | DATE: January 10, 2002 |

Gary Atchison, Esquire, and Robert Rash, Esquire, Montgomery, Alabama, for the appellant.

Ron Garland, St. Louis, Missouri, for the agency.

BEFORE
Richard P. Klein
Administrative Judge

INITIAL DECISION

On October 1, 2001, the appellant appealed to the Board from the agency's action separating her by the application of reduction-in-force (RIF) procedures from the position of Community Development Assistant, GS-4, with Rural Development, Luverne, Alabama, effective April 27, 1997. And, the Board has jurisdiction over this appeal. See 5 U.S.C. § 7701(a); 5 C.F.R. § 351.901.

However, on January 8, 2001, I received from appellant's counsel a Notice of Dismissal of MSPB Appeal. See Appeal File, Tab 6. And, the appellant's counsel who filed the Notice of Dismissal advised me by telephone on January 9, 2001, that the intent of his January 8, 2001 submission was to withdraw the RIF appeal with prejudice.

This withdrawal of the appeal removes the matter from the Board's jurisdiction. *See Clark v. Department of the Treasury*, 9 M.S.P.R. 48, 49 (1981). Thus, the appeal is DISMISSED.

## DECISION

The appeal is DISMISSED.

FOR THE BOARD:            *Richard P. Klein*
                                      Richard P. Klein
                                      Administrative Judge

## NOTICE TO APPELLANT

This initial decision will become final on **February 14, 2002**, unless a petition for review is filed by that date or the Board reopens the case on its own motion. This is an important date because it is usually the last day on which you can file a petition for review with the Board. However, if this initial decision is received by you more than 5 days after the date of issuance, you may file a petition for review within 30 days after the date you actually receive the initial decision. The date on which the initial decision becomes final also controls when you can file a petition for review with the Court of Appeals for the Federal Circuit. The paragraphs that follow tell you how and when to file with the Board or the federal court. These instructions are important because if you wish to file a petition, you must file it within the proper time period.

## BOARD REVIEW

You may request Board review of this initial decision by filing a petition for review. Your petition, with supporting evidence and argument, must be filed with:

The Clerk of the Board
Merit Systems Protection Board

1615 M Street, NW.,<br>Washington, DC 20419

If you file a petition for review, the Board will obtain the record in your case from the administrative judge and you should not submit anything to the Board that is already part of the record. Your petition must be postmarked, faxed, or hand-delivered no later than the date this initial decision becomes final, or if this initial decision is received by you more than 5 days after the date of issuance, 30 days after the date you actually receive the initial decision. If you fail to provide a statement with your petition that you have either mailed, faxed, or hand-delivered a copy of your petition to the agency, your petition will be rejected and returned to you.

## JUDICIAL REVIEW

If you are dissatisfied with the Board's final decision, you may file a petition with:

The United States Court of Appeals<br>for the Federal Circuit<br>717 Madison Place, NW.<br>Washington, DC 20439

You may not file your petition with the court before this decision becomes final. To be timely, your petition must be <u>received</u> by the court no later than 60 calendar days after the date this initial decision becomes final.

## NOTICE TO AGENCY/INTERVENOR

The agency or intervenor may file a petition for review of this initial decision in accordance with the Board's regulations.

## CERTIFICATE OF SERVICE

I certify that the attached Document(s) was (were) sent by regular mail this day to each of the following:

Appellant

Lisa McCall
P.O. Box 20924
Montgomery, AL 36120

Appellant's Representatives

Gary E. Atchison, Esq.
Attorney at Law
P.O. Box 2002
492 South Court Street
Montgomery, AL 36102-2002

Robert Rash, Esq.
Attorney at Law
P.O. Box 4292
Montgomery, AL 36103-4249

Agency's Representative

Ron Garland
U.S. Dept of Agriculture
Rural Development
1520 Market Street, FC-61
St. Louis, MO 63103

Other

Kenneth L. Bates
U.S. Office of Personnel Management
Employee Relations Division
1900 E Street, NW, Room 7412
Washington, DC 20415

January 10, 2002

Audrey T. Story
Paralegal Specialist

**Geographic Jurisdiction**: States of Alabama and Mississippi

**Birmingham District Office**
EEOC
1900 3rd Avenue, North, Suite 101
Birmingham, Alabama 35203-2397

Commercial No. – 205-731-1359
Toll-free – 1-800-669-4000
Toll-free TDD – 1-800-669-6820

EXHIBIT 29 2012