# EXHIBIT 38

UNITED STATES OF AMERICA
MERIT SYSTEMS PROTECTION BOARD
ATLANTA REGIONAL OFFICE

| | |
|---|---|
| LISA MC CALL,<br>　　Appellant | )<br>)Docket Number AT-3443-02-0020-I-1<br>) |
| vs. | )<br>) |
| US DEPARTMENT OF AGRICULTURE,<br>　　Agency. | )<br>) |

### APPELLANT'S NOTICE OF DISMISSAL OF MSPB APPEAL

Comes now appellant Lisa McCall by and through counsel and gives notice of her dismissal of her MSPB appeal with prejudice on the following grounds:

(1) That previously appellant McCall has had a portion of her case dismissal by Judge Jackson.

(2) That the remainder of her MSPB case was set for hearing on January 15, 2002.

(3) That on January 4, 2002 appellant requested that the EEOC provide her with a hearing regarding issues that had originally been raised before the MSPB.

(4) That to split the case before the MSPB and the EEOC will likely create inconsistent results due to procedural differences of the MSPB and the EEOC.

Respectfully submitted,

Gary E. Atchison, Esq.
Attorney For Appellant
Lisa McCall

OF COUNSEL:
PO Box 2002
492 South Court St.
Montgomery, AL 36102-2002

Robert Rash, Esq.
492 South Court St.
Montgomery, AL 36104

Robert Rash,
Attorney For Appellant
Lisa McCall

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 8th day of January 2002 served a copy of the foregoing pleading for all parties to this proceeding by hand delivering or by mailing the same by United States Mail properly addressed and first class postage prepaid to the following:

Linda Zamarione, Esq. &
Ron Garland, Esq.
US Dept of Agriculture
Rural Development
1520 Market Street, FC 61
St Louis, MO 63103

Gary E. Atchison, Esq.

Judge Klein
MSPB Administrative Judge
401 Peachtree St., NW
Suite 1050
Atlanta, GA 30308

Kenneth L. Bates
US Office of Personnel Management
Employee Relations Division
1900 E. Street, NW, Room 7412
Washington, DC 20415

Clarence Bell
EEOC Administrative Judge
Birmingham District Office
Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, AL 35205