IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>MIKE JOHANNS, Secretary, )<br>U.S. Department of )<br>Agriculture, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:06cv39-MHT |

ORDER

It is ORDERED that the motion to dismiss and alternative motion for summary judgment (doc. no. 26) are set for submission, without oral argument, on May 7, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 18th day of April, 2007.

                                 /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE