In The United States District Court
For The Middle District of Alabama
Northern Division

| | |
|---|---|
| Lisa McCall, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.2:06cv39-MHT |
| Mike Johanns, Secretary, Department of Agriculture, | ) Jury Demand |
| Defendant. | ) |

### Plaintiff McCall's Motion to Extend Time to Reply to Defendant's Motion for Summary Judgment

Comes now Plaintiff McCall, by and through her attorney Gary E. Atchison and moves to extend the time to reply to the Defendant's Motion for Summary Judgment for three (3) days in the above styled case on the following grounds:

(1) That Defendant's Motion for Summary Judgment was mailed to Plaintiff's counsel on April 16, 2007, but Plaintiff's counsel did not receive the same until April 19, 2007.

(2) That the case involves a long and complex procedural history that requires extensive additional research to answer the Defendant's Motion for Summary Judgment.

(3) That said extension will not cause any prejudice to any party.

**Wherefore Premises Considered** Plaintiff McCall prays that this Honorable Court will enter an Order extending the applicable response time for the answer to the Defendant's Motion for Summary Judgment until May 10, 2007.

Respectfully submitted,

/s/ Gary E. Atchison

Gary E. Atchison (ATC004)
Attorney for Plaintiff
Lisa McCall

**Of Counsel:**
P.O. Box 2002
492 South Court Street
Montgomery, AL 36102-2002
(334) 262-7232

### Certificate of Service

I hereby certify that a copy of the foregoing pleading has been properly addressed, with postage prepaid and placed in the US Mail on this the ____30____ day of April 2007, to the following:

    R. Randolph Neeley, Esq.
    Assistant U.S. Attorney
    PO Box 197
    Montgomery, Alabama 36101-7280

/s/ Gary E. Atchison