IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **LISA McCALL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v.   ) | 2:06cv39-MHT |
| ) | |
| **MIKE JOHANNS, Secretary,** ) | |
| **U.S. Department of** ) | |
| **Agriculture,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

It is ORDERED as follows:

(1) The motion to extend time (Doc. No. 31) is granted.

(2) The motion to dismiss and alternative motion for summary judgment (doc. no. 26) are reset for submission, without oral argument, on May 10, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 7th day of May, 2007.

　　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**