

| United States Department of Agriculture | Rural Economic and Community Development | 4121 Carmichael Road Suite 601, Sterling Centre Montgomery, AL 36106-3683 (334) 279-3400/(334) 279-3495 TDD |

Lisa McCall  
Community Development Asst.  
Hayneville, Alabama

June 21, 1996  
Refer To: AL-SD

Dear Lisa:

Reference is made to your application for the position of Secretary in the Public Affairs/Rural Development Section in the Montgomery State Office advertised in Vacancy Announcement No. AL96-04.

Debra Yates has been selected for the position.

I appreciate your interest in this vacancy.

Sincerely,

HORACE H. HORN, JR.  
State Director

**PLAINTIFF'S EXHIBIT 8**

Rural Economic and Community Development is an Equal Opportunity Lender.
Complaints of discrimination should be sent to:
Secretary of Agriculture, Washington, D.C. 20250

Case 2:06-cv-00039-MHT-SRW    Document 33-3    Filed 05/10/2007    Page 2 of 2