

| United States Department of Agriculture | Rural Economic and Community Development | 4121 Carmichael Road Suite 601, Sterling Centre Montgomery, AL 36106-3683 (334) 279-3400/(334) 279-3495 TDD |

Lisa McCall
Community Development Asst.
Hayneville, Alabama

June 21, 1996
Refer To: AL-SD

Dear Lisa:

Reference is made to your application for the position of Secretary in the Single Family Housing Section in the Montgomery State Office advertised in Vacancy Announcement No. AL96-05.

Tammy Martin has been selected for the position.

I appreciate your interest in this vacancy.

Sincerely,

HORACE H. HORN, JR.
State Director

PLAINTIFF'S EXHIBIT
9

Rural Economic and Community Development is an Equal Opportunity Lender.
Complaints of discrimination should be sent to:
Secretary of Agriculture, Washington, D.C. 20250