

| United States | Rural Economic | 4121 Carmichael Road |
| Department of | and Community | Suite 601, Sterling Centre |
| Agriculture | Development | Montgomery, AL 36106-3683 |
| | | (334) 279-3400/(334) 279-3495 TDD |

Lisa McCall                                             June 21, 1996
Community Development Assistant                         Refer To: AL-SD
Hayneville, Alabama

Dear Lisa:

Reference is made to your application for the position of Rural Development Assistant, GS-1101-5 in the Bay Minette Area Office advertised in Vacancy Announcement No. AL96-08.

Lisa Hardy has been selected for the position.

I appreciate your interest in this position and hope you will apply for other positions available in the future.

Sincerely,

HORACE H. HORN, JR.
State Director

**PLAINTIFF'S EXHIBIT 10**

Rural Economic and Community Development is an Equal Opportunity Lender.
Complaints of discrimination should be sent to:
Secretary of Agriculture, Washington, D.C. 20250