

| United States Department of Agriculture | Rural Economic and Community Development | 4121 Carmichael Road Suite 601, Sterling Centre Montgomery, AL 36106-3683 (334) 279-3400/(334) 279-3495 TDD |

Lisa McCall  
Community Development Assistant  
Hayneville, Alabama

June 21, 1996  
Refer To: AL-SD

Dear Lisa:

Reference is made to your application for the position of Rural Development Assistant, GS-1101-5 in the Bay Minette Area Office advertised in Vacancy Announcement No. AL96-07.

Nancy Boldog has been selected for the position.

I appreciate your interest in this position and hope you will apply for other positions available in the future.

Sincerely,

HORACE H. HORN, JR.  
State Director

**PLAINTIFF'S EXHIBIT 11**

Rural Economic and Community Development is an Equal Opportunity Lender.  
Complaints of discrimination should be sent to:  
Secretary of Agriculture, Washington, D.C. 20250