October 29, 1996

Mr. Horace Horn, Director
USDA Rural Development
Sterling Center Office Building
4121 Carmichael Road
Suite 601
Montgomery, AL 36106

Dear Mr. Horn:

My name is Lisa McCall. I am employed with the United States Department of Agriculture Rural Development County Office, Which is located in Hayneville Alabama. I am notify you regarding to harassment problem that I am have in the county office with Supervisor Arthur L Power. Please consider this to be my complaint against the Community Development Manager Arthur L. Powers, who is located in Hayneville, Alabama.

Regarding my part-time employment at Lerner New York in Montgomery Alabama. I am unaware that my hours after work has to be accountable through USDA Rural Development Office for approval.

Please take consideration to set and appointment to resolved may problem, or your response in writing will be deeply appreciated.

Respectfully


Lisa McCall
Community Development Assistant
Lowndes County Hayneville Office



PLAINTIFF'S EXHIBIT 12