United States          Rural                    Suite 601, Sterling Centre
Department of          Development              4121 Carmichael Road
Agriculture                                     Montgomery, AL  36106-3683
                                                (334)279-3425/(334)279-3495 TDD


Lisa McCall                              October 30, 1996
Community Development Assistant          Refer To: AL-PE
Hayneville, Alabama

Dear Lisa:

This is in response to your letter dated October 29, 1996
requesting permission to work during the Christmas holidays at
Lerner New York in Montgomery, Alabama.  There is no conflict of
interest with this outside employment.  You must not let this
part-time employment interfere with your duties as Community
Development Assistant in the local office.

If you have any questions, please contact the Personnel Section in
the State Office.


HORACE H. HORN, JR.
State Director

cc:  RDM 4
     CDM 01-66
     CDM 01-21
     OPF
     File 2045-BB

PLAINTIFF'S
EXHIBIT
13
PENGAD 800-631-6989

Rural Development is an Equal Opportunity Lender.
Complaints of discrimination should be sent to:
Secretary of Agriculture, Washington, D.C.  20250