

December 20, 1996

USDA/Office of Civil Right
Employment Complaints Division
1400 Independence Ave SW
Mail Stop 9440
Washington, DC 20250

Gentlemen:

My name is Lisa McCall.  I am employed with the United States Department
of Agriculture Rural Development County Office, Which is located in
Luverne Alabama.  Please consider this to be my complaint  against USDA
Rural Development, State Director and his personal staff which is located in
Montgomery, Alabama.  Also I am filing a complaint against the
Community Development Manager Arthur L. Powers, who is located in
Luverne, Alabama.

There are many matters that need your insight.  These include
discriminatory actions which need your immediate attention.

After the Hayneville, Alabama (Lowndes County Office) closed in
November ,1996 due  to the State Restructuring Plan.  Arlesa M Hunter and
myself, both BLACK, were traveling one hundred miles round trip to
Luverne, Alabama.  Here we encountered constant discriminatory
harassment from Mr. Arthur L. Powers.

                    The Harassment include:

1.  Being assigned Mrs. Williams duties because she does not want to
     Perform them.

2.  Being assigned duties that the other white employees beside Mrs.
     Williams do not show interest in performing

3.  Verbal abuse by Mr. Arthur L . Powers

Mr. Powers,  on several  occasions, have exhibited his dislike for BLACK

applicants and visitors who have come into the office. Refusal to help or give them the appropriate form needed to apply for house loan.

He were often rude and impolite which was shown through his cold and harsh voice. This was shown when black asked information, especially when asked to explain questions on loan applications.

Many black applicants have had to remind them (Mrs. Williams and Mr. Powers) that they are adults and will not be talked to any kind of way.

The complaints regarding USDA Rural Development State Director and his personnel staff are as follows:

1. Correspondences regarding vacancies and promotions are not distributed as quickly among blacks compared to whites. Whites employees throughout the countries are notified by whites within the office before correspondences are released by telephone. Often we, blacks do not receive the notices, but are informed by rumors or calls from other black employees in the surrounding counties offices.

2. Black are often told they do not have the qualifications and application are not accepted. Blacks have been denied the opportunity to apply for Position within the State Office. Later I found out that whites person was hired with little or no experience in comparison with black employees

3. There are about 40 whites employees in the state office and only five (5) Black employees, due the unfair promotion and hiring practices. The chances for a black person, with the state office is very unlikely.

I believe all the complaints that I have listed can be verified through any investigation with the Alabama State Office and County Offices.
I look forward to hearing from your office within ten to fifteen working days.

Respectfully


Lisa McCall
Community Development Assistant