

PLAINTIFF'S
EXHIBIT
16

April 30, 1997

United States Department Of Argiculture
Secertary of Agriculture
14th Independence Ave Southwest
Washington, DC 200250

Gentlemen:

My name is Lisa McCall, I am a formal employee of the United States Department of Argiculture Rural Development County Office, Which is located in Luverne, Alabama. Please consider this to be my formal complaint against USDA Rural Development, State Director, and his personnel staff which is located in Montgomery, Alabama. Alson I am filing a complaint against the Community Development Manager, Arthur L. Powers, who is located in Luverne, Alabama.

After the Hayneville, Alabama (Lowndes County) Office closed in November, 1996 due to the State Restructuring Plan. Arlesa M. Hunter and myself, both BLACK, were transferred one hundred miles round trip to Luverne, Alabama. Here we encountered constant harassment from Mr. Arthur L. Powers.

These harassments include:

1. Being assigned Mrs. Williams duties because she does not want to perform them.

2. Being assigned duties that the other white employees beside Mrs. Williams do not show interest in performing.

3. Being placed in a environment where there is insufficient work space (no desk)

4. Verbal abuse by Mr. Powers.

5. Official correspondences are not shared regarding leave, position vacancies, meetings and other important matters that concern our livelihood.

6. Lifting and moving heavy office equipment within the office, which the whites are not required to do.

Mr. Powers, on several ocassions, have exhibited his dislike for Black applicants and visitors who have come into the office. Refusal to help or give them the appropriate forms needed to apply for a house loan.

He were often rude and impolite which was shown through his cold and harsh voice. This was shown when asked information, especially when asked to explain questions on loan applications.

Many black applicants have had to remind them (Mrs. Williams and Mr. Powers) that they are adults and will not be talked to any kind of way.

The coplaints regarding USDA Rural Development State Director and his personnel staff are as follows:

1. Correspondences regarding vacancies and promotions are not distributed as quickly among blacks compared to whites. White employees throughout the counties are notified by whites within the state office before correspondence are released by telephone. Often we, Blacks, do not receive the notices, but are informed by rumors or calls from other black employees in the surrounding counties offices.

2. Blacks are often told they do not have the qualifications and applications are not accepted. Blacks have been denied the opportunity to apply for positions within the State Office. Later I found out that a white person was hired with little or no experience in comparsion with the black employees.

3. There are about 40 white employees in the state office and only about 5 black employees, due to unfair promotion and hiring practices. The chances for a black person, within the State Office is very unlikely.

In Alabama, a RIF took an effect on April 25, 1997. The majority of employees loosing their jobs were blacks. Arlesa M. Hunter and myself have been placed in an area where we have no chances for advancement.

After the RIF took place, Arlesa M. Hunter and myself was not placed on the Reemployment Priority List to be notified for employment with other Government agencies.

I believe all the complaints that I have listed can be verified through an investigation within the Alabama State Office and County Offices.

I look forward to hearing from your office within ten to fifteen working days.

Respectfully

Lisa McCall