Lisa McCall
251 Sullivan Trace
Montgomery, AL 36105

August 24, 1999



USDA/Office of Civil Rights
Employment Complaints Division
1400 Independence Ave SW
Mailstop 9440
Washington, D C 20250

Attn: Rondi Hammon

I am writing in regarding to my complaint dated on April 30, 1997, which I have mailed to you all three times (April 30, 1997) resubmitted on April 20, 1998, after April 20, 1998 resubmitted again by ceritfied mailed on June 30, 1999.

On several occasion I talked with Karen Richard (April 17, 1998) quoted by Karen Richard, that she was not longer working with that department, and I needed to contact Barbara Lincoln. Called Barbara Lincoln on several occasion leaving message on voice mailed. Never was contacted so I finally contacted Barbara Lincoln on July 24, 1998. Also recieved ceritfied letter from Barbara stating that Complaint letter was recieved and I need to contact Tracy Anderson.
Tracy Anderson was contact on October 6, 1998 she stated to me that she didn't get the information. October 9, 1998 contact Barbara Lincoln again she stated that she will fax information to Ms. Claiborne.

If further information is needed please call me a (334) 288-5678 or write to the above address.

sincerely ,


Lisa McCall