

PLAINTIFF'S EXHIBIT 30

August 15, 2000

Mr. Paul Fiddick
U. S. Department of Agriculture
Assistant Secretary for Administration
1400 Independence Avenue SW
Washington DC 20250

Dear Mr. Fiddick;

My name is Lisa McCall and I have been referred to your office by Mr. Parham who works for the Office of Civil Rights, USDA.

I am a former employee for USDA's Rural Development, State of Alabama. I was rifted in 1997 and the agency failed to put me on the roster for displaced persons. I have lost several jobs with other government agencies as a result of not being placed on the roster for displaced persons.

I filed a discrimination complaint against Rural Development as a result of being left off the list for displaced persons. The agency has continually failed to comply with adding me even after promising to do so.

There was a formal investigation conducted by the Office of Civil Rights in April of 2000, Case Number 990582 (Sheila Callahan, Investigator). This report was forwarded to Lloyd Chiplin, who after his review, sent the report to a Larry Newell's office for further disposition.

It has been over 180 days since filing my complaint and I therefore contacted the Office of Civil Rights to find out the status of my case. I have made numerous calls to Mr. Newell's office but his secretary (Shawn) has continually referred me to others in the office. First I spoke with someone named Tina who was suppose to get back with me but never responded and then I was referred to someone name Nichole who never returned my call.

I was also requested that I receive the telephone number for EEOC for questions about my right to sue as a result of the agency failing to meet the deadline as required by law but again, no one has ever contacted me (call was made August 3rd, 2000).

Mr. Fiddick, I feel I have been a victim just like the blacks in the Pigford lawsuit. I contacted Mr. Roslyn Gray's office and it was a Mr. Parham who informed me that my case tracking number was not in the system and that he could not locate my case file. I appreciate his honesty and his referral to your office but that doesn't change the fact that I have been denied

employment opportunities with other government agencies on several occasions because my name does not appear on the displace person listing as promised by Rural Development, State of Alabama.

Finally, it has never been my desire to not try and mediate a settlement regarding my case. I have not been given an opportunity to review the investigator's report or anything. I was told to send this complaint to the employment complaint division but I felt very strongly that I was again getting the run around and wanted you to know first hand what I have been going through. Mr. Fiddick, any and all assistance you can render in this matter will be greatly appreciated. I can be reached at (334) 286-9674, should you require additional information from me.

Thanking you in advance for taking the time to look into and resolving my situation.

Sincerely,


Lisa McCall
3241B Virginia Pine
Montgomery, AL 36116