PLAINTIFF'S EXHIBIT 32

UNITED STATES OF AMERICA
MERIT SYSTEMS PROTECTION BOARD
ATLANTA REGIONAL OFFICE

| | |
|---|---|
| LISA MC CALL,<br>Appellant<br><br>vs.<br><br>US DEPARTMENT OF AGRICULTURE,<br>Agency. | ) Docket Number AT-3443-02-0020-I-1<br>)<br>)<br>)<br>)<br>)<br>) |

### PETITION FOR REVIEW AND MOTION TO TRANSFER APPELLANT'S DISCRIMINATION CASE TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Comes now appellant Lisa McCall who by and through counsel files the instant petition for review and motion to transfer Appellant's discrimination case To the Equal Employment Opportunity Commission on the following grounds:

(1) That initially Lisa McCall, a former employee of the US Department of Agriculture, filed her complaint of discrimination, against the agency through applicable EEO procedures.

(2) That subsequently her complaints of discrimination were directed through the MSPB and on or about October 29, 2001 Judge Pamela B. Jackson ruled that Ms. McCall did not have jurisdiction to have her above styled discrimination case heard by the MSPB. A copy of said decision dated October 29, 2001 is enclosed.

(3) That appellant McCall is due to have her discrimination case transferred and reviewed by the EEOC under mixed case procedures rather being dismissed in toto.

(4) That appellant McCall is due to have her discrimination case transferred and reviewed by the EEOC since procedurally it should have originally remained with

the EEOC rather than have been subsequently reviewed by the MSPB.

(5)   That appellant McCall is due to have her discrimination case transferred and reviewed by the EEOC to promote the interest of justice.

(6)   That appellant McCall is simultaneously petitioning the EEOC for review of her case as per the enclosed Petition For Review which is being filed with the EEOC.

**WHEREFORE PREMISES CONSIDERED** Appellant McCall hereby respectfully prays that the MSPB will enter an order transferring the instant case to the EEOC.

Respectfully submitted,

*/s/ Gary E. Atchison*
Gary E. Atchison,
Attorney For Appellant
Lisa McCall

*/s/ Robert Rash*
Robert Rash,
Attorney For Appellant
Lisa McCall

OF COUNSEL:
PO Box 2002
492 South Court St.
Montgomery, AL 36102-2002

Robert Rash, Esq.
492 South Court St.
Montgomery, AL 36104

## CERTIFICATE OF SERVICE

I hereby certify that I have on this ___ day of November 2001 served a copy of the foregoing pleading for all parties to this proceeding by hand delivering or by mailing the same by United States Mail properly addressed and first class postage prepaid to the following:

Linda Zamarione
US Dept of Agriculture
Rural Development
1520 Market Street, FC 61
St Louis, MO 63103

_/s/ Gary E. Atchison_
Gary E. Atchison, Esq.

Judge Klein
MSPB Administrative Judge
401 Peachtree St., NW
Suite 1050
Atlanta, GA 30308

Kenneth L. Bates
US Office of Personnel Management
Employee Relations Division
1900 E. Street, NW, Room 7412
Washington, DC 20415