PLAINTIFF'S EXHIBIT 33

## BEFORE THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## BIRMINGHAM, ALABAMA

| | |
|---|---|
| LISA MC CALL, | ) |
|     Complainant, | ) Docket Number AT-3443-02-0020-I-1 |
| | ) |
| vs. | ) |
| | ) |
| US DEPARTMENT OF AGRICULTURE, | ) |
|     Agency. | ) |

### PETITION FOR REVIEW
### TO THE EEOC

Comes now complainant Lisa McCall in the above styled action and petitions for review of her discrimination claim in the above styled action on the following grounds:

(1) That initially complainant McCall, a former employee of the US Department of Agriculture, filed discrimination complaints in the above styled matter through the EEO producers for a discrimination complaint against an agency.

(2) That nonetheless the above styled case was directed through the MSPB as a mixed case.

(3) That on or about October 29, 2001, a decision was rendered that the MSPB did not have jurisdiction to hear appellant McCall's appeal to the MSPB. A copy of said October 29, 2001 decision is enclosed.

(4) That complainant McCall's discrimination claims should procedurally be heard and reviewed by the EEOC; claims which were involved in said October 29, 2001 MSPB decision.

(5) That McCall has simultaneously filed with the MSPB a "Petition For Review And Motion To Transfer Appellant's Discrimination Case To The Equal Employment

Opportunity Commission," copy enclosed.

(6) That it is in the interest of justice that the EEOC review complainant McCall's discrimination charges in light of the MSPB's findings that it does not have jurisdiction to review said mixed MSPB claim as per said October 29, 2001 MSPB order.

**WHEREFORE PREMISES CONSIDERED**, Complainant McCall requests that the EEOC will enter an order accepting her EEO claims of discrimination involving the US Department of Agriculture.

Respectfully submitted,

Gary E. Atchison,
Attorney For Appellant
Lisa McCall

Robert Rash,
Attorney For Appellant
Lisa McCall

OF COUNSEL:
PO Box 2002
492 South Court St.
Montgomery, AL 36102-2002

Robert Rash, Esq.
492 South Court St.
Montgomery, AL 36104

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 30 day of November 2001 served a copy of the foregoing pleading for all parties to this proceeding by hand delivering or by mailing the same by United States Mail properly addressed and first class postage prepaid to the following:

Linda Zamarione
US Dept of Agriculture
Rural Development
1520 Market Street, FC 61
St Louis, MO 63103

Gary E. Atchison, Esq.

Judge Klein
MSPB Administrative Judge
401 Peachtree St., NW
Suite 1050
Atlanta, GA 30308

Kenneth L. Bates
US Office of Personnel Management
Employee Relations Division
1900 E. Street, NW, Room 7412
Washington, DC 20415