IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | ) Civil Action No.:  **02:06-cv-039-MHT** |
| | ) |
| MIKE JOHANNS, Secretary, | ) |
| United States Department | ) |
| of Agriculture, | ) |
| | ) |
|    Defendant. | ) |

**MOTION FOR LEAVE TO FILE REPLY TO
PLAINTIFF'S RESPONSE TO MOTION TO DISMISS,
OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Comes now the defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama and requests leave to file a reply to Plaintiff's Response filed May 10, 2007. In support of this Motion, Defendant submits the following:

1. Defendant filed a Motion to Dismiss, or in the Alternative, Motion for Summary Judgment with accompanying memorandum on or about April 16, 2007.

2. Plaintiff filed a Response in Opposition to Defendant's motion on or about May 10, 2007.

3. Defendant submits that it would serve the interests of justice and aid the Court's resolution of the issues in this case if Defendant were allowed to file a reply to Plaintiff's Response.

Accordingly, Defendant seeks leave to file a copy of the Reply attached hereto as Exhibit A.

Respectfully submitted this 21st day of May, 2007.

           LEURA G. CANARY
           United States Attorney

        By: s/R. Randolph Neeley
           R. RANDOLPH NEELEY
           Assistant United States Attorney
           Bar Number:  #9083-E56R
           Attorney for Defendant
           United States Attorney's Office
           Post Office Box 197
           Montgomery, AL  36101-0197
           Telephone: (334) 223-7280
           Facsimile:  (334) 223-7418
           E-mail:  rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

  Gary E. Atchison, Esquire
  P.O. Box 2002
  Montgomery, AL 36102-2002

           s/R. Randolph Neeley
           Assistant United States Attorney