IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv39-MHT |
| ) | |
| MIKE JOHANNS, Secretary, ) | |
| U.S. Department of ) | |
| Agriculture, ) | |
| ) | |
|    Defendant. ) | |

                                  ORDER

It is ORDERED that the motion for leave to file reply (Doc. No. 34) is granted.

DONE, this the 22nd day of May, 2007.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE