IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv39-MHT |
| ) | |
| MIKE JOHANNS, Secretary, ) | |
| U.S. Department of ) | |
| Agriculture, ) | |
| ) | |
| Defendant. ) | |

ORDER

There being no objection within the time allowed, it is ORDERED that the motion for leave to file amended answer (Doc. No. 25) is granted.

DONE, this the 1st day of June, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**