IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:  **02:06-cv-039-MHT** |
| | ) |
| MIKE JOHANNS, Secretary, | ) |
| United States Department | ) |
| of Agriculture, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO CONTINUE**

Comes now the defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that the pre-trial conference presently scheduled for Friday, June 15, 2007, be continued and as grounds, states as follows:

1.The undersigned is presently scheduled to be out of town on Friday, June 15, 2007, on a personal matter.

2.Should the Court be inclined to grant this request, the undersigned as well as counsel for the plaintiff, could be available June 19, or June 21-22 at the Court's convenience.

3.Counsel for the plaintiff has been contacted and he has no objections to this request.

Respectfully submitted this the 11th day of June, 2007.

>LEURA G. CANARY
>United States Attorney
>
>By: s/R. Randolph Neeley
>R. RANDOLPH NEELEY
>Assistant United States Attorney
>Bar Number: 9083-E56R
>Post Office Box 197
>Montgomery, AL 36101-0197
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail: rand.neeley@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have mailed a copy of same to the following non-CM/ECF participants:

>Gary E. Atchison, Esq.
>P.O. Box 2002
>Montgomery, AL 36102-2002

>/s/R. Randolph Neeley