## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **02:06-cv-039-MHT** |
| | ) |
| MIKE JOHANNS, Secretary, | ) |
| United States Department | ) |
| of Agriculture, | ) |
| | ) |
| Defendant. | ) |

## **MOTION TO WITHDRAW DEFENDANT'S MOTION TO CONTINUE**

Comes now the defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that the Motion to Continue filed herein on June 11, 2007, be withdrawn, and as grounds, states as follows:

1. On June 11, 2007, the undersigned filed a Motion to Continue the pre-trial hearing in the above-styled cause.

2. The undersigned has since been able to resolve the scheduling conflict that precipitated the filing of the Motion to Continue.

3. The undersigned has conferred with counsel for the plaintiff who does not oppose this request and both are prepared to meet with the Court as previously scheduled on Friday, June 15, 2007 at 9:30 a.m.

Respectfully submitted this the 12th day of June, 2007.

          LEURA G. CANARY
          United States Attorney

         By: s/R. Randolph Neeley
          R. RANDOLPH NEELEY
          Assistant United States Attorney
          Bar Number: 9083-E56R
          Post Office Box 197
          Montgomery, AL  36101-0197
          Telephone No.: (334) 223-7280
          Facsimile No.: (334) 223-7418
          **E-mail: rand.neeley@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have mailed a copy of same to the following non-CM/ECF participants:

    Gary E. Atchison, Esq.
    P.O. Box 2002
    Montgomery, AL 36102-2002

         /s/R. Randolph Neeley