# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:  **02:06-cv-039-MHT** |
| | ) |
| MIKE JOHANNS, Secretary, | ) |
| United States Department | ) |
| of Agriculture, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO SUPPLEMENT DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Comes now the defendant, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and requests that it be granted leave to supplement the record in this case, as grounds states as follows:

1.  It has come to the attention of the undersigned that page 6 of Defendant's Exhibit 26 (deposition of Lisa McCall) was not filed with the remainder of the exhibit.

2.  The undersigned respectfully requests that Defendant's Exhibit 26 to the Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment be supplemented with the attached page 6 of the deposition.

3.  Counsel for the plaintiff has been contacted and he has no objections to this request.

Respectfully submitted this the 13th day of June, 2007.

        LEURA G. CANARY
        United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    **E-mail: rand.neeley@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have mailed a copy of same to the following non-CM/ECF participants:

    Gary E. Atchison, Esq.
    P.O. Box 2002
    Montgomery, AL 36102-2002

        /s/R. Randolph Neeley