LISA McCALL v. MIKE JOHANNS                                         3/26/2007
DEPOSITION OF LISA McCALL

6 (Pages 18 to 21)

Page 18

1   Q.  Was there any other discipline that you
2   received in the form of reprimands or formal
3   discussions regarding other issues that occurred in
4   the Hayneville office?
5        MR. ATCHISON: What do you define as
6   reprimands? You talking about official --
7        MR. NEELEY: Yeah.
8        MR. ATCHISON: -- disciplinary actions that
9   would be --
10       MR. NEELEY: Well, official discussions or
11  letters of reprimand.
12  Q.  I mean, we all have run-ins and bumps from a
13  day-to-day basis because of difference of opinion, but
14  I mean did Mr. McAlpine or Mr. Powers ever call you
15  into the office and say we got to talk about a
16  particular issue?
17  A.  No.
18  Q.  Okay. Now, November of -- this was
19  discussed. In November of 1996, the Hayneville office
20  was to be closed; is that right?
21  A.  Yes.
22  Q.  Or did close?
23  A.  It closed.
24  Q.  Okay. And you, long with Ms. Hunter and
25  Ms. Williams, were transferred to the Luverne

Page 19

1   office --
2   A.  That's correct.
3   Q.  -- of USDA?
4   A.  Yes.
5   Q.  And that's in Crenshaw County, right?
6   A.  Luverne, in Crenshaw.
7   Q.  And when you arrived in Luverne, there were
8   already employees that had been working in the Luverne
9   office; is that right?
10  A.  Yes. That's correct.
11  Q.  Okay. How many of those were there? Do you
12  remember?
13  A.  It was four.
14  Q.  Would that have been Mr. Harris, Quinton
15  Harris?
16  A.  Yes. Quinton Harris.
17  Q.  Okay.
18  A.  Sonya Davenport, Betty Blackman, and Sandra
19  Welch.
20  Q.  And Mr. Harris is a black male; is that
21  right?
22  A.  Yes.
23  Q.  Okay. Ms. Davenport is a white female?
24  A.  Yes.
25  Q.  And Ms. Blackman?

Page 20

1   A.  She's a white female.
2   Q.  White female. And Sandra Welch?
3   A.  She's a white female.
4   Q.  Now, Mr. Harris, he was there in November;
5   but he did not stay in that position very long, did
6   he?
7   A.  That's correct?
8   Q.  Okay. And Art Powers took over his
9   functions?
10  A.  That's correct.
11  Q.  Okay. And Art is a white male?
12  A.  Yes, sir.
13  Q.  Okay. Patsy -- Williams?
14  A.  Williams.
15  Q.  Okay. Is she a black or white female?
16  A.  White male -- female.
17  Q.  Okay. And I'm really off of my plan here.
18  We're going to stop right there about USDA for a
19  minute. Okay?
20  A.  Okay.
21  Q.  I want to go back to what is currently going
22  on with you for a second.
23  A.  Okay.
24  Q.  Are you currently employed?
25  A.  Yes.

Page 21

1   Q.  Okay. And where is that?
2   A.  United Parcel Service.
3   Q.  And your position?
4   A.  Customer service.
5   Q.  How long have you been with UPS?
6   A.  Nine years and seven months.
7   Q.  So you went to work for them soon after the
8   RIF. Would that be a fair statement?
9   A.  Yes.
10  Q.  Okay. So you started --
11  A.  It was a few months later.
12  Q.  I'm sorry?
13  A.  It was a few months later after the RIF.
14  Q.  When exactly did you start with UPS?
15  A.  In -- the RIF was in April. I went to UPS
16  the end of the summer of that year.
17  Q.  Okay. Say August or September of '97 --
18  A.  Yes.
19  Q.  -- fair statement? Okay. And you don't have
20  to be exactly exact on that. So let's say August or
21  September of '97.
22  A.  It was part-time.
23  Q.  Okay. And at the time, at that point in time
24  in August or September of '97, you were working
25  part-time for UPS. How many hours a week,