IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| LISA McCALL, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv39-MHT |
| | ) | |
| MIKE JOHANNS, Secretary, | ) | |
| U.S. Department of | ) | |
| Agriculture, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion for leave to supplement (Doc. No. 40)

    is granted.

(2) The motion to withdraw (Doc. No. 39) is granted.

(3) The motion to continue (Doc. No. 38) is

    withdrawn.

DONE, this the 14th day of June, 2007.


       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE