In The United States District Court
For The Middle District of Alabama
Northern Division

| | |
|---|---|
| Lisa McCall, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.2:06cv39-MHT |
| | ) |
| Mike Johanns, | ) |
| Secretary, Department of Agriculture, | )   Jury Demand |
| | ) |
| Defendant. | ) |

### Plaintiff McCall's Motion for Extension
### To Fill Supplemental Summary Judgment
### Memorandum

Comes now Plaintiff McCall, by and through counsel, and moves for a four (4) day extension to file a supplemental summary judgment memorandum on the following grounds:

(1) That on June 15, 2007 the parties in the above styled action attended the pretrial conference in the above styled action.

(2) That at said June 15, 2007 pretrial conference the Honorable Court, by oral Order, ordered that Plaintiff McCall file on said date a brief to supplement her summary judgment memorandum brief. Said brief was to principally include certain evidential materials not submitted previously by the parties.

(3) That at said June 15, 2007 Pretrial Hearing, the Honorable Court reset the trial in this action to October 1, 2007.

(4) That Plaintiff's counsel has scheduled attorney-client meetings for the remainder of the day with an out-of-town client who must presently meet substantial deadlines and who can otherwise leave his out-of-town job again for this appointment.

(5) That the evidentiary record in the McCall case is voluminous and it must be reviewed in order to prepare a supplemental memorandum for Plaintiff McCall.

(6) That Plaintiff McCall is, on June 15, 2007, unavailable to assist her counsel prepare said supplemental memorandum.

(7) That opposing counsel, upon being contacted, has stated that the government does not oppose the instant motion.

(8) That should this supplemental memorandum address critical issues for the Plaintiff and not get filed on June 15, 2007 Plaintiff will be prejudiced should there be adverse action by this Honorable Court.

**Wherefore Premises Considered** Plaintiff McCall prays that this Honorable Court grant her a four (4) day extension to file her supplemental memorandum.

Respectfully submitted,

_____
Gary E. Atchison (ATC004)
Attorney for Plaintiff Lisa McCall

**Of Counsel:**
P.O. Box 2002
492 South Court Street
Montgomery, AL 36102-2002
(334) 262-7232

## Certificate of Service

I hereby certify that a copy of the foregoing pleading has been properly addressed, with postage prepaid and placed in the US Mail on this the _15th_ day of June 2007, to the following:

R. Randolph Neeley, Esq.
Assistant U.S. Attorney
PO Box 197
Montgomery, Alabama 36101-7280

Gary E. Atchison