IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL,                           )<br>                                                    )<br>    Plaintiff,                        )<br>                                                    )        CIVIL ACTION NO.<br>    v.                                      )           2:06cv39-MHT<br>                                                    )<br>MIKE JOHANNS, Secretary,   )<br>U.S. Department of              )<br>Agriculture,                            )<br>                                                    )<br>    Defendant.                      ) | |

ORDER

It is ORDERED that the motion for extension (Doc. No. 42) is granted.

DONE, this the 19th day of June, 2007.

                    /s/ Myron H. Thompson
             UNITED STATES DISTRICT JUDGE