

# DSZ

COMPLAINT FILE
UNITED STATES DEPARTMENT OF AGRICULTURE

LISA MCCALL
990582/RD

FINAL COPY

455 West Broadway • Boston, MA 02127 • Ph: 617.269.0849 • Fx: 617.269.9139
www.dsz.com



PLAINTIFF'S
EXHIBIT

called. (Exhibits A1, B1, F2)

In response, Barbara Price testifies that even though Complainant did not return the RPL form and, therefore, her name was not placed on the RPL list until over a year after the RIF, Complainant's name was on an informal reemployment list maintained in the state office. Ms. Price states that both the RPL and the informal list only required the Agency to notify separated employees of vacancies for permanent positions at the same grade and in the same commuting area from which the employee was separated. Also, the RPL and informal lists only provide priority for a two-year period after the RIF. Ms. Price states that no permanent GS-4 positions within Complainant's commuting area have been available since the RIF. Ms. Price states that she did send Complainant information about a secretarial position with the Homebuilder's association that she came across. (Exhibits F4, F14, F11, F15)

Ms. Price states that Sonya Davenport (white), a former GS-5 in the Luverne office, who also lost her job in the RIF, was recently reemployed in a temporary position a few months ago. Ms. Price states that the Agency did not contact Ms. Davenport about this position; instead Ms. Davenport heard that an employee in Covington County had gotten married and was moving and Ms. Davenport contacted the Covington County office to find out if a job would be available. Ms. Davenport was originally located in Covington County but was recently detailed to the State office in Montgomery. (Exhibits F4, F15)

Sonya J. Davenport (white), Community Program Assistant, was employed in the Luverne, Alabama office as a GS-5 at the same time as Complainant. She also lost her job due to the RIF. Ms. Davenport states that she is currently employed by the agency as a Community Program Assistant, GS-4, in the Andalusia office but detailed to the state office in Montgomery. She states that she did not think that she sent in her RPL form after the RIF but she may have. Ms. Davenport states that she thought that she may have received a call from the Agency about a temporary job in the past year and a half (not the job that she has now). She states that she called and asked about the job she has now as she knew that a woman was getting married and moving and thought that a job might be coming open in the Andalusia office. Ms. Davenport states that she may have called the county office directly to ask

7

STATE OF ALABAMA

COUNTY OF MONTGOMERY

### AFFIDAVIT OF SONYA J. DAVENPORT

I, Sonya J. Davenport, make the following statement freely and voluntarily to Romaine L. White, who has identified herself to me as a Contract EEO Investigator for the following federal agency: U.S. Department of Agriculture (USDA), investigating a complaint of discrimination filed by ~~Sonya J. Davenport~~, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to the interested parties (those with a legal right to know). I hereby solemnly swear or affirm:

1. I am employed as a Computer Program Assistant, GS-4, in the Andalusia Office, but currently detailed to the state office in Montgomery, Alabama. My supervisor is Leonard Fagerstrom, County Supervisor in Andalusia, AL. My race and color are white.

2. I worked in the Luverne, AL office for about ten years prior to the RIF in April of 1997. At the time of the RIF, I was employed as a ~~Computer~~ Program Assistant, GS-5. I lost my job due to the RIF.

3. I worked with Lisa McCall when she moved to Luverne after the Hayneville office closed. I never saw Art Powers yelling at her or speaking to her in a hostile voice. He did not appear to treat her differently from white employees. I never saw him treat black borrowers differently from white borrowers.

Page 1 of 3                                                        Initials _SD_

STATE OF ALABAMA

COUNTY OF MONTGOMERY

AFFIDAVIT OF SONYA J. DAVENPORT

I, Sonya J. Davenport, make the following statement freely and voluntarily to Romaine L. White, who has identified herself to me as a Contract EEO Investigator for the following federal agency: U.S. Department of Agriculture (USDA), investigating a complaint of discrimination filed by ~~Sonya J. Davenport,~~ knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to the interested parties (those with a legal right to know). I hereby solemnly swear or affirm:

1. I am employed as a Computer Program Assistant, GS-4, in the Andalusia Office, but currently detailed to the state office in Montgomery, Alabama. My supervisor is Leonard Fagerstrom, County Supervisor in Andalusia, AL. My race and color are white.

2. I worked in the Luverne, AL office for about ten years prior to the RIF in April of 1997. At the time of the RIF, I was employed as a ~~Computer~~ Program Assistant, GS-5. I lost my job due to the RIF.

3. I worked with Lisa McCall when she moved to Luverne after the Hayneville office closed. I never saw Art Powers yelling at her or speaking to her in a hostile voice. He did not appear to treat her differently from white employees. I never saw him treat black borrowers differently from white borrowers.

Page 1 of 3                                                                 Initials _SD_

4. I already had a desk when Lisa moved to the Luverne office. Lisa may have had a work station; she did not have a desk. There was not really enough room in the office for everyone after the consolidation.

5. I remember that there were a lot of files from the Hayneville office that needed to be filed in the Luverne office. This was work that should have been done but had not been done.

6. Job announcements were distributed equally to all employees.

7. I do not think that I sent in my RPL form after the RIF but I may have. I think that I may have gotten a call from the Agency about a temporary job in the past year and a half. That is not the job that I have now. I called and asked about the job I have now. I knew that a women was getting married and moving and I thought that a job might be coming open in the Andalusia office. I may have called the county office directly to ask about it.

8. I do not believe that Lisa McCall was discriminated against.

Page 2 of 3                                                         Initials _____

4. I already had a desk when Lisa moved to the Luverne office. Lisa may have had a work station; she did not have a desk. There was not really enough room in the office for everyone after the consolidation.

5. I remember that there were a lot of files from the Hayneville office that needed to be filed in the Luverne office. This was work that should have been done but had not been done.

6. Job announcements were distributed equally to all employees.

7. I do not think that I sent in my RPL form after the RIF but I may have. I think that I may have gotten a call from the Agency about a temporary job in the past year and a half. That is not the job that I have now. I called and asked about the job I have now. I knew that a women was getting married and moving and I thought that a job might be coming open in the Andalusia office. I may have called the county office directly to ask about it.

8. I do not believe that Lisa McCall was discriminated against.

Page 2 of 3                                                                 Initials ___

I have read this statement, consisting of 3 pages, and it is true, complete, and correct to the best of my knowledge and belief.

_Sonya J. Davenport_
Signature

_1-31-01_
Date

Signed and sworn to before me on
this _31_ day of _January_, _2001_,
at _Montgomery, AL_.

_Mary Lu Clayton  1-31-01_
Neutral witness, notary, or Investigator

Page 3 of 3.                                    Initials _SJD_

I have read this statement, consisting of 3 pages, and it is true, complete, and correct to the best of my knowledge and belief.

_____
Signature

1-31-01
_____
Date

Signed and sworn to before me on
this 31 day of January, 2001,
at Montgomery, AL.

_____
Neutral witness, notary, or Investigator

Page 3 of 3.                                               Initials ____

GS-4 POSITIONS FILLED SINCE THE RIF ON 4/27/97—PERMANENT OR TEMPORARY

2/1/98 – [redacted] *White* - Temporary GS-4 position in Area 1 Office, Huntsville, Alabama – resigned 2/28/98 for permanent position with another agency.

3/26/00 – [redacted] *Black* – Temporary GS-4 position in Single-Family Housing Section, Montgomery, Alabama State Office

4/3/00 – [redacted] *White* – Temporary GS-4 position in Andalusia, Covington County, Alabama Local Office

9/10/00 – [redacted] *Black* – Temporary GS-4 position in Camden, Wilcox County, Alabama. Converted to permanent position on 12/17/00.