IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:  **02:06-cv-039-MHT** |
| | ) |
| MIKE JOHANNS, Secretary, | ) |
| United States Department | ) |
| of Agriculture, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO REPLY TO PLAINTIFF McCALL'S
SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF DENIAL OF SUMMARY JUDGMENT**

Come now the defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and requests leave to file a reply to Plaintiff McCall's Supplemental Memorandum in Support of Denial of Summary Judgment filed June 19, 2007.  In support of this Motion, Defendant submits the following:

1.      Defendant filed a Motion to Dismiss, or in the Alternative, Motion for Summary Judgment with accompanying memorandum on or about April 16, 2007 (docs. 26 & 27).

2.      Plaintiff filed a Response in Opposition to Defendant's motion on or about May 10, 2007 (doc. 33).

3.      Defendant filed a reply to the plaintiff's Response in Opposition to Defendant's motion on or about May 22, 2007 (doc. 36).

4. Following the pretrial hearing held in this matter on June 15, 2007, the plaintiff filed a Supplemental Memorandum in Support of Denial of Summary Judgment (doc. 45).

5. Defendant submits that it would serve the interests of justice and aid the Court's resolution of the issues in this case if Defendant were allowed to file a reply to Plaintiff's Supplemental Memorandum in Support of Denial of Summary Judgment

Accordingly, Defendant seeks leave to file the Reply attached hereto as Attachment A, and further requests leave to supplement the record with Defendant's Exhibits 40 and 41 which are also attached hereto.

Respectfully submitted this 29th day of June, 2007.

                        LEURA G. CANARY
                        United States Attorney

By:   s/R. Randolph Neeley
       R. RANDOLPH NEELEY
       Assistant United States Attorney
       Bar Number: #9083-E56R
       Attorney for Defendant
       United States Attorney's Office
       Post Office Box 197
       Montgomery, AL 36101-0197
       Telephone: (334) 223-7280
       Facsimile: (334) 223-7418
       E-mail: **rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

    Gary E. Atchison, Esquire
    P.O. Box 2002
    Montgomery, AL 36102-2002

        s/R. Randolph Neeley
        Assistant United States Attorney