# EXHIBIT 40



United States
Department of
Agriculture

# VACANCY ANNOUNCEMENT

Candidates will be considered without discrimination for any non-merit reason such as race, color, religion, sex, national origin, age, marital status, physical or mental handicap, or membership or nonmembership in an employee organization.

ANNOUNCEMENT NO:   AL96-08

**POSITION TITLE, SERIES, GRADE:**
Rural Development Assistant
GS-1101-5

OPENING DATE:   May 31, 1996

CLOSING DATE:   June 14, 1996

**PROMOTION POTENTIAL:**
None

**LOCATION OF POSITION:**
USDA Rural Development
Office of Alabama State Director
Area 4 Office
Bay Minette, Alabama

**AREA OF CONSIDERATION:**
USDA Rural Development Statewide

CONTACT: Applications are to be sent in an envelope addressed to:
Barbara Price, Personnel Specialist
OPEN BY ADDRESSEE ONLY
USDA Rural Development
Sterling Centre, Suite 601
4121 Carmichael Road
Montgomery, AL 36106-3683
Phone (800) 550-9400 ext 3425

**DUTIES AND QUALIFICATION REQUIREMENTS:**
NOTE:   DUE TO REORGANIZATION, DELAYED REPORTING DATE IS A POSSIBILITY.

RELOCATION POLICY:   NO RELOCATION COSTS WILL BE PAID.

POSITION:  This position is located in a USDA Rural Development Area Office.  The incumbent provides assistance to the Area Office staff by performing a range of a wide variety of work planning and office management duties, general clerical functions, loan processing and servicing requirements.

BASIC ELIGIBILITY REQUIREMENTS:   (OPM, X-118, Qualification Standards apply.  A copy is available in the Personnel Office).

To be eligible for the GS-5 position, applicant must have 1 year specialized experience equivalent to the next lower grade level.  Education may be substituted according to the Qualification Standards.  Specialized experience is experience which is directly related to the position to be filled and which has equipped the candidate with the particular knowledge, skills, and abilities to successfully perform the duties of the position.  To be creditable, specialized experience must have been at least equivalent to the next lower grade level.  Education above the high school level may be substituted for specialized experience on a pro-rated basis.

TIME IN GRADE RESTRICTIONS APPLY.

EVALUATION CRITERIA:

A.   Skill in basic mathematics.
B.   Ability to communicate orally and in writing.
C.   Skill in performing clerical tasks.
D.   Knowledge of RECD loan programs and functions of the work unit (demonstrate knowledge of local and/or area office programs and functions of those units).

For supervisory or managerial positions, candidate is subject to a probationary period unless prior supervisory or managerial experience is creditable.

**THE USE OF POSTAGE-PAID AGENCY ENVELOPES IN FILING APPLICATIONS IS A VIOLATION OF FEDERAL LAW**

The crediting plan used to evaluate the KSA's is available in the State Office Personnel Section.

EVALUATION METHOD: Basic qualifications and eligibility determinations will be made solely on the basis of the application package and attachments in comparison to the Qualifications Standards Handbook and OPM requirements. Evaluation to determine the Best Qualified candidates will be accomplished by comparing all qualified candidates' experience, education, training, self-development, awards, and supervisory appraisals as they pertain to the job-related knowledges, skills and abilities (KSA's) listed under Evaluation Criteria. Best Qualified candidates will be referred to the selecting official.

APPLICATION PROCEDURES: Those desiring consideration must submit the following forms. **Failure to submit any of the following required documents WILL eliminate candidates from consideration for this position**:

1. Application for Federal Employment, Form SF-171 (Rev. 6/88), or Optional Form for Federal Employment, OF-612, or a resume. Only one of these forms must be submitted in the application package;

2. A recent (within 18 months) performance appraisal or a written justification will be required if none has been received in the last 18 months; and

**IN ADDITION, APPLICANTS MUST SPECIFICALLY ADDRESS THE EVALUATION CRITERIA LISTED ABOVE ON SEPARATE SHEETS OF PAPER AND SHOULD INCLUDE SPECIFIC TASKS, ASSIGNMENTS, PROBLEMS RESOLVED, YOUR LEVEL OF RESPONSIBILITY, AND RESULTS ACHIEVED. THESE STATEMENTS WILL IMPACT ON THE RANKING PROCESS. TO ENSURE CONSIDERATION FOR THIS POSITION, THE REQUIRED APPLICATION FORMS MUST BE RECEIVED IN THE PERSONNEL SECTION NO LATER THAN CLOSE OF BUSINESS ON THE CLOSING DATE. SUBMISSION OF ALL REQUESTED DOCUMENTS ABOVE IS MANDATORY. FAILURE TO SUBMIT ANY OF THE ABOVE REQUESTED DOCUMENTS WILL ELIMINATE CANDIDATE FROM CONSIDERATION FOR THE POSITION.** Vacancy Announcement number should be shown on the application package. Forms submitted will not be returned to applicants.

SUPERVISORS AND MANAGERS must notify eligible employees in their offices, who qualify, of announcements advertised during their temporary absence (e.g., on detail, leave, at training courses, two week active duty for employees in the Military Reserves, or other similar reasons), which have a closing date prior to their return to the office.

MAILING OF APPLICATIONS: Use of Government franked envelopes to mail applications is prohibited by Federal laws and regulations. Applications submitted in Government franked envelopes will not be accepted.

SELECTIVE SERVICE SYSTEM: Male applicants born after December 31, 1959, will have to certify prior to or at the time of appointment that they have registered with the Selective Service System.

EQUAL EMPLOYMENT OPPORTUNITY: Qualified applicants will receive fair and equitable consideration without regard to such non-merit factors as political affiliation, race, color, religion, national origin, sex, marital status, age, handicap, or membership in an employee organization.

NON-EXEMPT UNDER FAIR LABOR STANDARDS ACT.

## FmHA MERIT PROMOTION ACTION CHECKLIST

POSITION (TITLE, SERIES AND GRADE): Rural Development Asst., GS-1101-5
(If a target position, identify entry and full performance level.)

ANNOUNCEMENT NO.: AL96-08

LOCATION OF THE POSITION: Bay Minette, AL Area Office

PMS, PA/C, AND/OR AO: Barbara Price, Personnel Mgmt Spec1st

SELECTED CANDIDATE'S NAME: Lisa Hardy

EFFECTIVE DATE OF SELECTEE'S ACTION: 6-23-96

✓ Copy of SF-52, "Request for Personnel Action," requesting position be filled.

✓ Copy of AD-734, "Request for Candidates". State what Qualification Standard was used. Identify panel members. to RD M 6-14

✓ Documentation on SF-52 that Repromotion and Priority Consideration eligibles were checked and cleared prior to proceeding under merit promotion.

✓ Copy of Position Description. to RD M 6-14

✓ Job Analysis documentation.

✓ Evaluative Method identified to be used and a copy of Evaluative Measurement Tool (rating schedule).

____ Copy of Announcement and/or Announcements, if readvertised.

____ Evaluations of Candidates by Panel Member(s). Must have specific written documentation that supports ratings above or below those directly related to rating schedule.

____ Copy of AD-735, "Evaluation of Candidates". Should depict each panel member's individual averaged score for each applicant. The "Best Qualified" will be determined by a natural break point.

✓ Promotion Certificate(s) (Competitive and Non-Competitive Certificates if both used).

✓ Copy of selected candidates' SF-171, "Application for Federal Employment" and related documentation submitted by candidate. Copy of selection notification letter sent.

✓ Copy of other best qualified and/or qualified candidates' SF-171 and related documentation submitted by candidates. Copy of nonselect letters sent.

_N/A_ Copy of ineligible candidates' SF-171 and related documentation submitted by candidate. Copy of ineligible notification letters sent

_N/A_ Explanation of any missing items:

_Barbara Price_
Signature of Personnel Specialist/Administrative Officer, and the Personn Assistant/Personnel Clerk

_6/24/96_
Date the file was closed out.