# EXHIBIT 41



United States
Department of
Agriculture

# VACANCY ANNOUNCEMENT

Candidates will be considered without discrimination for any non-merit reason such as race, color, religion, sex, national origin, age, marital status, physical or mental handicap, or membership or nonmembership in an employee organization.

**ANNOUNCEMENT NO:**  AL97-07

**POSITION TITLE, SERIES, GRADE:**  GS-1101-5
Rural Development Assistant

**OPENING DATE:**  March 17, 1997

**CLOSING DATE:**  March 31, 1997

**PROMOTION POTENTIAL:**
NONE

**LOCATION OF POSITION:**
USDA, Rural Development
Office of Alabama State Director
Area 4
Bay Minette, Alabama Area Office

**AREA OF CONSIDERATION:**
USDA, Rural Development Statewide

**CONTACT:**  Applications are to be sent in an envelope addressed to:
Barbara Price, Personnel Mgmt. Speclst.
OPEN BY ADDRESSEE ONLY
USDA, Rural Development
Sterling Centre, Suite 601
4121 Carmichael Road
Montgomery, AL 36106-3683
Phone (800) 550-9400 ext. 3425

• • • • • • • • • • • • • • • • • • •

**DUTIES AND QUALIFICATION REQUIREMENTS:**

<u>RELOCATION POLICY</u>:  NO RELOCATION COSTS WILL BE PAID.

<u>POSITION</u>:  This position is located in a USDA, Rural Development Area Office.  The incumbent provides assistance to the Area Office staff by performing a range of a wide variety of work planning and office management [du]ties, general clerical functions, loan processing and servicing [re]quirements.

<u>BASIC ELIGIBILITY REQUIREMENTS</u>:  (OPM, X-118, Qualification Standards apply.  A copy is available in the Personnel Office).

To be eligible for the GS-5 position, applicant must have 1 year specialized experience equivalent to the next lower grade level.  Education may be substituted according to the Qualification Standards.  Specialized experience is experience which is directly related to the position to be filled and which has equipped the candidate with the particular knowledge, skills, and abilities to successfully perform the duties of the position.  To be creditable, specialized experience must have been at least equivalent to the next lower grade level.  Education above the high school level may be substituted for specialized experience on a pro-rated basis.

<u>TIME IN GRADE RESTRICTIONS APPLY</u>.

<u>EVALUATION CRITERIA</u>:

A.    Skill in basic mathematics.
B.    Ability to communicate orally and in writing.
C.    Skill in performing clerical tasks.
D.    Knowledge of Rural Development loan programs and functions of the work unit (demonstrate knowledge of local and/or area office programs and functions of those units).

For supervisory or managerial positions, candidate is subject to a probationary period unless prior supervisory or managerial experience is creditable.

**THE USE OF POSTAGE-PAID AGENCY ENVELOPES IN FILING APPLICATIONS IS A VIOLATION OF FEDERAL LAW**

The crediting plan used to evaluate the KSA's is available in the State Office Personnel Section.

EVALUATION METHOD:  Basic qualifications and eligibility determinations will be made solely on the basis of the application package and attachments in comparison to the Qualifications Standards Handbook and OPM requirements.  Evaluation to determine the Best Qualified candidates will be accomplished by comparing all qualified candidates' experience, education, training, self-development, awards, and supervisory appraisals as they pertain to the job-related knowledges, skills and abilities (KSA's) listed under Evaluation Criteria.  Best Qualified candidates will be referred to the selecting official.

APPLICATION PROCEDURES:  Those desiring consideration must submit the following forms.  **Failure to submit any of the following required documents WILL eliminate candidates from consideration for this position**:

1.    Application for Federal Employment, Form SF-171 (Rev. 6/88), or Optional Form for Federal Employment, OF-612, or a resume.  Only one of these forms must be submitted in the application package;

2.    A recent (within 18 months) performance appraisal or a written justification will be required if none has been received in the last 18 months; and

**IN ADDITION**, APPLICANTS MUST SPECIFICALLY ADDRESS THE EVALUATION CRITERIA LISTED ABOVE ON SEPARATE SHEETS OF PAPER AND SHOULD INCLUDE SPECIFIC TASKS, ASIGNMENTS, PROBLEMS RESOLVED, YOUR LEVEL OF RESPONSIBILITY, AND RESULTS ACHIEVED.  THESE STATEMENTS WILL IMPACT ON THE RANKING PROCESS.  TO ENSURE CONSIDERATION FOR THIS POSITION, THE REQUIRED APPLICATION FORMS MUST BE RECEIVED IN THE PERSONNEL SECTION NO LATER THAN CLOSE OF BUSINESS ON THE CLOSING DATE. SUBMISSION OF ALL REQUESTED DOCUMENTS ABOVE IS MANDATORY. FAILURE TO SUBMIT ANY OF THE ABOVE REQUESTED DOCUMENTS WILL ELIMINATE CANDIDATE FROM CONSIDERATION FOR THE POSITION.  Vacancy Announcement number should be shown on the application package.  Forms submitted will not be returned to applicants.

CAREER TRANSITION ASSISTANCE PLAN (CTAP) APPLICANTS:  In addition to the "Application Procedures" outlined above, applicants seeking selection priority under CTAP must:

1.    Provide proof of eligibility for priority consideration in the local commuting area;

2.    Submit a current performance rating of at least fully successful;

3.    Apply for a position at or below the grade of the position from which separated and the position has no greater promotion potential than the position from which separated; and

4.    Be rated as well qualified for this position with at least satisfactory in all of the evaluation criteria (KSAs).

SUPERVISORS AND MANAGERS must notify eligible employees in their offices, who qualify, of announcements advertised during their temporary absence (e.g., on detail, leave, at training courses, two week active duty for employees in the Military Reserves, or other similar reasons), which have a closing date prior to their return to the office.

LATERAL REASSIGNMENT ELIGIBLES:  Individuals who wish to be considered for lateral reassignment or who wish consideration for noncompetitive repromotion must submit all items discussed above under application procedures.

MAILING OF APPLICATIONS:  Use of Government franked envelopes to mail applications is prohibited by Federal laws and regulations.  Applications submitted in Government franked envelopes will not be accepted.

SELECTIVE SERVICE SYSTEM:  Male applicants born after December 31, 1959, will have to certify prior to or at the time of appointment that they have registered with the Selective Service System.

EQUAL EMPLOYMENT OPPORTUNITY:  Qualified applicants will receive fair and equitable consideration without regard to such non-merit factors as political affiliation, race, color, religion, national origin, sex, marital status, age, handicap, or membership in an employee organization.

NON-EXEMPT UNDER FAIR LABOR STANDARDS ACT.

<u>FmHA MERIT PROMOTION ACTION CHECKLIST</u>

POSITION (TITLE, SERIES AND GRADE): __Rural Development Assistant, GS-1101-5__
(If a target position, identify entry and full performance level.)

ANNOUNCEMENT NO.: __AL97-07__

LOCATION OF THE POSITION: __Area 4 Office, Bay Minette, Alabama__

PMS, PA/C, AND/OR AO: __Barbara Price, PMS__

SELECTED CANDIDATE'S NAME: __No applications__

EFFECTIVE DATE OF SELECTEE'S ACTION: __N/A__

__✓__Copy of SF-52, "Request for Personnel Action," requesting position be filled.

__✓__Copy of AD-734, "Request for Candidates". State what Qualification Standard was used. Identify panel members. _Rcvd 3-14_

__✓__Documentation on SF-52 that Repromotion and Priority Consideration eligibles were checked and cleared prior to proceeding under merit promotion.

__✓__Copy of Position Description. _Sent 3-14_

__✓__Job Analysis documentation.

__✓__Evaluative Method identified to be used and a copy of Evaluative Measurement Tool (rating schedule).

__✓__Copy of Announcement and/or Announcements, if readvertised.

____Evaluations of Candidates by Panel Member(s). Must have specific written documentation that supports ratings above or below those directly related to rating schedule.

____Copy of AD-735, "Evaluation of Candidates". Should depict each panel member's individual averaged score for each applicant. The "Best Qualified" will be determined by a natural break point.

____Promotion Certificate(s) (Competitive and Non-Competitive Certificates if both used).

____Copy of selected candidates' SF-171, "Application for Federal Employment" and related documentation submitted by candidate. Copy of selection notification letter sent.

____Copy of other best qualified and/or qualified candidates' SF-171 and related documentation submitted by candidates. Copy of nonselect letters sent.

____Copy of ineligible candidates' SF-171 and related documentation
    submitted by candidate.  Copy of ineligible notification letters sent

____Explanation of any missing items:


_____*Barbara Price*_____
Signature of Personnel Specialist/Administrative Officer, and the Personn
Assistant/Personnel Clerk


_____*4-1-97*_____    . -:
Date the file was closed out.