IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, | ) |
| | ) |
|    Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
|    v. | )     2:06cv39-MHT |
| | ) |
| MIKE JOHANNS, Secretary, | ) |
| U.S. Department of | ) |
| Agriculture, | ) |
| | ) |
|    Defendant. | ) |

ORDER

It is ORDERED that the motion for leave to reply (Doc. No. 46) is granted.

DONE, this the 9th day of July, 2007.

                      <u>  /s/ Myron H. Thompson  </u>
                      UNITED STATES DISTRICT JUDGE