# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: **2:06-CV-39-MHT** |
| | ) |
| MIKE JOHANNS, Secretary of the | ) |
| United States Department of Agriculture, | ) |
| | ) |
| Defendant. | ) |

COMES NOW the Defendant, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported: None.

Dated this the 10th day of July, 2007.

        LEURA G. CANARY
        United States Attorney

        By: s/R. Randolph Neeley
        R. RANDOLPH NEELEY
        Assistant United States Attorney
        Bar Number: 9083-E56R
        Post Office Box 197
        Montgomery, AL  36101-0197
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418
        **E-mail: rand.neeley@usdoj.gov**

### CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have mailed a copy of same to the following non-CM/ECF participants:

    Gary E. Atchison, Esq.
    P.O. Box 2002
    Montgomery, AL 36102-2002

        /s/R. Randolph Neeley
        Assistant United States Attorney