## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

LISA McCALL,             )
                      )
        Plaintiff,     )
                      )
v.                    )   Civil Action No.: **2:06-CV-39-MHT**
                      )
MIKE JOHANNS, Secretary of the   )
United States Department of Agriculture,  )
                      )
        Defendants.   )

### JOINT MOTION TO STAY

Comes now the Defendant, United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and the Plaintiff, by and through her attorney of record and respectfully requests that all deadlines pending in this matter be stayed pending resolution of the pending Motion to Dismiss, or in the alternative, for Summary Judgment (Doc. # 26), and as grounds states as follows:

1.     The parties are currently scheduled to file any motions in limine, any requested voir dire questions and proposed jury instructions on Monday, September 17, 2007. Pursuant to the Order on Pretrial Hearing, pre-trial briefs are due to be filed on September 26, 2007.

2.     Still pending before this Court is the Defendant's dispositive motion, which if granted in its entirety, will dispose of this matter. If granted in part and denied in part the parties may well save time and expense by being able to limit the number of witnesses and exhibits to be prepared. The parties' and the Court's interest in economy and

efficient use of time and resources would be best served if all deadlines in this matter

were stayed pending resolution of the dispositive motion.

      Respectfully submitted this 4th day of September, 2007.

                    LEURA G. CANARY
                    United States Attorney


              By:  s/ R. Randolph Neeley
                    R. Randolph Neeley
                    Assistant United States Attorney
                    Bar Number: 9083-E56R
                    Attorney for Defendant
                    Post Office Box 197
                    Montgomery, AL  36101-0197
                    Telephone No.: (334) 223-7280
                    Facsimile No.: (334) 223-7418
                    E-mail:  **rand.neeley@usdoj.gov**


                     s/ Gary E. Atchison
                    Gary E. Atchison
                    Counsel for Plaintiff
                    Bar Number: ATC004
                    Post Office Box 2002
                    Montgomery, AL  36102-2002
                    Telephone No.: (334) 262-7232
                    Facsimile No.: (334) 263-2321

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2007, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system and have mailed a copy of same to the

following non-CM/ECF participants:

> Gary E. Atchison, Esq.
> P.O. Box 2002
> Montgomery, AL 36102-2002


    /s/R. Randolph Neeley
Assistant United States Attorney