IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# MONTGOMERY CIVIL JURY TERM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMMENCING OCTOBER 1, 2007 AT 10:00 AM\***
**MONTGOMERY, ALABAMA**

**Judge Myron H. Thompson, Presiding**

---

\*ALL juries will be selected on October 1, 2007, at 10:00 a.m., with individual trials commencing thereafter as scheduled by the court.

U.S. District Court
Alabama Middle District
Calendar Events Set For 10/1/2007

Judge Myron H. Thompson, Presiding
Courtroom 2FMJ

JURY SELECTION & TRIAL, CLEVELAND TURNER V COI THOMAS et al,
2:05cv42-MHT

10:00 AM

2:05-cv-00042-MHT-WC Turner v. Deloach et al (INMATE 1)
(Nature of Suit 555 - Habeas Corpus (Prison Condition)

PRO SE Cleveland Turner (Plaintiff)

Benjamin Howard Albritton representing CO I Thomas & Sgt Smiley(Defendants)

U.S. District Court
Alabama Middle District
Calendar Events Set For 10/1/2007

Judge Myron H. Thompson, Presiding
Courtroom 2FMJ

JURY SELECTION & TRIAL, LISA MCCALL V MIKE JOHANNS, 2:06cv39-MHT

10:00 a.m. (ETT 3 Days)

    2:06-cv-00039-MHT-SRW McCall v. Johanns
    (Nature of Suit 442 - Civil Rights: Jobs)

    Gary E. Atchison representing Lisa McCall (Plaintiff)

    R. Randolph Neeley representing Mike Johanns (Defendant)