IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LISA McCALL,                    )
                                )
    Plaintiff,                  )
                                )      CIVIL ACTION NO.
    v.                          )        2:06cv39-MHT
                                )
MIKE JOHANNS, Secretary,        )
U.S. Department of              )
Agriculture,                    )
                                )
    Defendant.                  )
```

                              ORDER

It is ORDERED as follows:

(1) The motion to stay (Doc. No. 50) is granted.

(2) The trial is continued pending resolution of the

    dispositive motions.

DONE, this the 26th day of September, 2007.


                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE