## NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: McCall v. Johanns**

**Case Number: 2:06-cv-00039-MHT**

**Referenced Pleading: Order - Doc. 52**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**