IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL, )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>)<br>MIKE JOHANNS, Secretary, )<br>U.S. Department of )<br>Agriculture, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>2:06cv39-MHT |

ORDER

It is ORDERED as follows:

(1) The motion to stay (Doc. No. 50) is granted.

(2) The trial is continued pending resolution of the dispositive motions.

DONE, this the 26th day of September, 2007.

                        /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE