IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Lisa McCall, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06cv39-MHT |
| | ) |
| Mike Johanns, | ) Jury Demand |
| U.S. Secretary of Agriculture, | ) |
| | ) |
| Defendant. | ) |

**McCall Disclosure Statement**

Comes now Plaintiff Lisa McCall, by and through her attorney, with the following Disclosures pursuant to FRCP 7.1 and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, stating as follows:

(1) Plaintiff Lisa McCall is an individual.

(2) Plaintiff Lisa McCall does not have any knowledge of any conflict that is reportable under the Middle District of Alabama General Order No. 3047.

Respectfully submitted

/s/ Gary E. Atchison (ATC004)
Attorney for
Plaintiff Lisa McCall

**Of Counsel:**
PO Box 2002
492 S. Court St.
Montgomery, AL 36102-2002
(334) 262-7232

## CERTIFICATE OF SERVICE

This is to certify that I have this 12 day of February 2008, served counsel for the Defendant hereto with a copy of the foregoing by depositing same in the United States Mail, postage prepaid and properly addressed to:

R. Randolph Neeley, Esq.
Assistant U.S. Attorney
PO Box 197
Montgomery, Alabama 36101-7280

Gary E. Atchison