IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LISA McCALL,                    ) | |
|                                 ) | |
|     Plaintiff,                  ) | |
|                                 ) | CIVIL ACTION NO. |
|     v.                          ) | 2:06cv39-MHT |
|                                 ) | |
| MIKE JOHANNS, Secretary,        ) | |
| U.S. Department of              ) | |
| Agriculture,                    ) | |
|                                 ) | |
|     Defendant.                  ) | |

ORDER

It is ORDERED that defendant Mike Johanns's motion to dismiss (Doc. No. 26) is denied.

DONE, this the 28th day of March, 2008.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE