IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LISA McCALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv39-MHT |
| | ) | (WO) |
| MIKE JOHANNS, Secretary, | ) | |
| U.S. Department of | ) | |
| Agriculture, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Mike Johanns's motion for summary judgment (Doc. No. 26) is granted.

(2) Judgment is entered in favor of defendant Mike Johanns and against plaintiff Lisa McCall, with plaintiff McCall taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff McCall, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 28th day of March, 2008.


　　　　　　　　　　　　　　　　/s/ Myron H. Thompson

　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**