

**Dunn, King & Associates, L.L.C.**                                    **Invoice**

Phone: (334) 263-0261 or (800) 388-8681; Fax: (334) 263-1243

2800 Zelda Road, Suite 100-2

P. O. Box 1627

Montgomery, AL 36102-1627

| Invoice Date | Invoice # |
|---|---|
| Monday, April 16, 2007 | 21350F |

R. Randolph Neeley
U.S. ATTORNEY'S OFFICE
One Court Square, Suite 201
Montgomery, AL 36104

Phone:    (334) 223-7280      Fax:     (334) 223-7560

| | |
|---|---|
| **Witness:** | McCall, Lisa |
| **Case:** | McCall, Lisa vs. Mike Johanns |
| **Venue:** | U.S.DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA |
| **Number:** | 3754 |
| **Date:** | 3/26/2007 |
| **Time:** | 9:11 AM |

*17115A*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| AUSA | Appearance for U.S. Attorney/per hour | $25.00 | 2 | $50.00 |
| USA | Original & 1 | $3.95 | 80 | $316.00 |
| | | **Sub Total** | | **$366.00** |
| | | **Payments** | | **$0.00** |
| | | **Balance Due** | | **$366.00** |

Payment due in 30 days. Terms-Net 30; Interest charged at a rate of 1.5% on any unpaid balance
Please note invoice number on remittance to insure proper credit.
63-0823137

## Dunn, King & Associates, L.L.C.

**Invoice**

Phone: (334) 263-0261 or (800) 359-9001; Fax: (334) 263-1243

2800 Zelda Road, Suite 100-2

P. O. Box 1627

Montgomery, AL 36102-1627

| | |
|---|---|
| Thursday, April 12, 2007 | 21326F |

R. Randolph Neeley
U.S. ATTORNEY'S OFFICE
One Court Square, Suite 201
Montgomery, AL 36104

**Phone:**    (334) 223-7280    **Fax:**    (334) 223-7560

| | |
|---|---|
| **Witness:** | McCall, Lisa |
| **Case:** | McCall, Lisa vs. Mike Johanns |
| **Venue:** | U.S.DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA |
| **Number:** | 3754 |
| **Date:** | 3/27/2007 |
| **Time:** | 1:53 PM |

*17151A*

| | | | | |
|---|---|---|---|---|
| AUSA | Appearance for U.S. Attorney/per hour | $25.00 | 2.5 | $62.50 |
| USA | Original & 1 | $3.95 | 97 | $383.15 |
| R&S | Reading & Signing Package | $10.00 | 1 | $10.00 |
| | | Sub Total | | $455.65 |
| | | Payments | | $0.00 |
| | | Balance Due | | $455.65 |

Payment due in 30 days. Terms-Net 30; Interest charged at a rate of 1.5% on any unpaid balance
Please note invoice number on remittance to insure proper credit.
63-0823137



**Boggs Reporting and Video Services**
PO Box 546
Montgomery, AL 36101-0546

Office:  334.264.6227
Fax:  334.285.0448
Toll Free:  1.800.397.5590
Email:  JBoggs@boggsreporters.com
http://www.boggsreporters.com/

# INVOICE

Job Number:

Mr. Randolph Neeley Esq.
Office of United States Attorney
One Court Square
Montgomery, AL 36104

| DATE | NUMBER |
|------|--------|
| 4/17/2007 | AG071466 |

| Case Name | Statement Description | Case No. |
|-----------|----------------------|----------|
| McCall/USDA | McCall/USDA | CV-2:06cv39-MHT |

| Service Date | Style: Lisa McCall v Mike Johanns, Sect of USDA | Amount |
|--------------|---------------------------------------------------|--------|
| 3/27/2007 | DEPOSITION OF Sonya Johnson, in the above-styled cause, one original & one copy (74 pgs) @ $3.00 pp: | $222.00 |
| | DEPOSITION OF Carnell McAlpine, in the above- styled cause, one original & one copy (63 pgs) $3.00 pp: | $189.00 |
| | TRAVEL TRANSCRIPT (2): | $60.00 |

| | TOTAL DUE | $471.00 |
|--|-----------|---------|
| | Terms: | Due Upon Receipt |

Thank you for your business......

Tax ID No. provided upon request

**Questions?**
**call 1-800-397-5590**
Remit upper portion with check
Make Checks Payable to:
Boggs & Associates

If you wish to pay this invoice by Mastercard/Visa, log onto our website @ http://www.boggsreporters.com/ and click on the PayPal logo - It's free, it's fast and it's secure.



PayPal is used by over 1,000,000 customers on Ebay.



**Boggs Reporting and Video Services**
PO Box 546
Montgomery, AL 36101-0546

Office:    334.264.6227
Fax:       334.285.0448
Toll Free: 1.800.397.5590
Email: JBoggs@boggsreporters.com
www.boggsreporters.com

# INVOICE

Job Number:

Mr. Randolph Neeley Esq.
Office of United States Attorney
One Court Square
Montgomery, AL 36104

| DATE | NUMBER |
|------|--------|
| 4/11/2007 | SY071458 |

| Case Name | Statement Description | Case No. |
|-----------|----------------------|----------|
| Lisa McCall | Depositions of Price and Powers | 2:06cv39-MHT |

| Service Date | Style: Lisa McCall V. Mike Johanns | Amount |
|--------------|-----------------------------------|--------|
| 3/26/2007 | DEPOSITIONS OF BARBARA PRICE AND ARTHUR POWERS, in the above styled cause, one original & one copy (Price, 169 pages @ $3.00 per page; Powers, 67 pages @ $3.00 per page): | $708.00 |
|  | TRAVEL TRANSCRIPT (2): | $60.00 |

| TOTAL DUE | **$768.00** |
|-----------|-------------|
| Terms: | Due Upon Receipt |

If you wish to pay this invoice by Mastercard/Visa, log onto our website @ www.boggsreporters.com and click on the PayPal logo

Thank you for your business......
Tax ID No: provided upon request

7/23/2007